UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SONDER USA, INC** | * | |
| | * | **CIVIL ACTION NO.:** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE:** |
| | * | |
| | * | |
| **635 N. SCOTT, L.L.C.** | * | **MAGISTRATE:** |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF REMOVAL**

This Notice of Removal is filed by defendant 635 N. Scott St., L.L.C. (erroneously named in the plaintiff's petition as "635 N. Scott, L.L.C."). Defendant is a limited liability company with single member, Joshua Bruno, who is a citizen, resident, and domiciliary of the State of Florida. Defendant appears herein solely for the purpose of removal and with full reservation of all rights, and respectfully represents as follows

1.

Plaintiff, Sonder USA, Inc., is a corporation organized under the laws of the State of Delaware.

2.

This notice of removal is filed pursuant to 28 U.S.C. §1441, 1446, and 1332. The district courts of the United States have original jurisdiction over this action based upon complete diversity of citizenship between all plaintiffs and all defendants, as further shown below.

3.

Defendant 635 N. Scott St., LLC is a defendant in case number 18-12316 pending in the Civil District Court for the Parish of Orleans, State of Louisiana, which action was filed in the state court on or about December 10, 2018. Although defendant has not been formally served with the petition it has received actual notice of the existence of the suit, on December 12, 2018, when counsel for plaintiff Sonder USA, Inc. emailed information regarding the suit to counsel for defendant.

4.

As required by 28 U.S.C. § 1446 (b), defendant asserts that this notice of removal was filed within thirty days of defendant receiving papers or pleadings from which it could have ascertained that the case is one which is removable.

5.

A complete copy of the state court pleadings have been attached to the defendant's removal pleadings, as per the requirements of § 1446 (a).

6.

Pursuant to 28 U.S.C. §1441 (a), the United State District Court for the Eastern District of Louisiana is the federal district court for the county/parish where the state court suit is pending.

7.

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 and 1441, in that the state court action involves a claim between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs. Plaintiff's Petition for Declaratory Judgment and the attached exhibits establish that the object of the plaintiff's suit is the

cancellation of a series of twenty six (26) separate leases of immovable property which plaintiff entered into with defendant. (See Paragraph XIV of the Petition.)

8.

As shown by examination of the leases, which were attached to the plaintiff's state court petition as Exhibit "A", twenty five (25) of the leases are for a term of five years, at a rental rate of $1,500.00 per year. One additional lease, for unit 8, is at the rate of $2,000.00 per year. Thus, each of the twenty six leases which plaintiff seeks to terminate has a value of at least $7,500.00, and the total value of the leases is well in excess of the jurisdictional limit of $75,000.00.

9.

The plaintiff Sonder USA, Inc. is alleged by its Petition to be a Delaware corporation.

10.

The plaintiff's Petition correctly alleges that defendant 635 N. Scott LLC is a company organized in the State of Louisiana. However, pursuant to *Harvey v. Grey Wolf Drilling Co.*, 542 F. 3d 1077 (5th Cir. 2008), for the purposes of diversity jurisdiction in a case involving a limited liability company the relevant determination is the citizenship of each of the members of the limited liability company.

11.

Defendant 635 N. Scott St., L.L.C. has only one member, Joshua Bruno. As show by his declaration attached hereto as Exhibit "1", Joshua Bruno is a citizen, resident, and domiciliary of the State of Florida. Thus, as plaintiff corporation is a citizen of the State of Delaware, there is complete diversity of citizenship between the parties.

12.

Pursuant to 28 U.S.C. § 1446(d), all parties are being provided with timely written notice of the filing of this notice of removal.

13.

Pursuant to 28 U.S.C. § 1446(d), a copy of this notice of removal is being filed with the Clerk of the Civil District Court for the Parish of Orleans.

WHEREFORE, 635 N. Scott St., L.L.C., defendant in this action, removes the above-captioned case from the Civil District Court for the Parish of Orleans, to the United States District Court for the Eastern District of Louisiana.

>Respectfully Submitted,
>BOOTH & BOOTH
>A Professional Law Corporation
>
> /s/ Vincent J. Booth
>Vincent J. Booth (#18565)
>138 North Cortez Street
>New Orleans, Louisiana 70119
>Telephone:   (504) 482-5292
>Facsimile:   (800) 469-2185
>Email: vbooth@boothandbooth.com
>Attorney for 635 N. Scott St., L.L.C.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2018 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties. Additionally, I have provided a copy of this pleading to counsel of record for plaintiff Sonder USA, Inc. Robert Ellis and Sharonda Williams, by electronic mail.

>/S/ Vincent J. Booth
>Vincent J. Booth (#18565)
>Booth & Booth, APLC