# Exhibit B

# All American Inspections

PO Box 4717, Covington LA 70434
(985)249-4556
Indoor Air Quality Consultant #IAC2-03-18

October 9, 2018

Sonder
Attn: Nicole Elia
Re: 635 N. Scott Street, Units 6, 19, and 20

Dear Nicole,

At your request and in your presence, on October 9, 2018, we performed a limited visual inspection and collected air samples of the subject apartment units at the above referenced location (3 units total) for the purpose of ascertaining whether mold contaminants were present in the air. Using Air O Cell sampling methodology to identify and quantify fungal/mold spore types, we collected air samples from the living interiors of each unit and exterior control samples. These samples were sent to EM Lab P&K in Phoenix, Arizona and their laboratory analysis are shown on the separately attached report.

Our observations:

1. Visible mold noted in apartment units 19 and 20. This mold was present on ceilings in bedrooms, closets and bathrooms

2. Moisture damaged drywall noted under corners of the interior HVAC mini split wall units. The damaged drywall did have active moisture. There appears to be issues with refrigerant lines not properly insulated and condensate drain lines leaking. Mold and mildew stains visible inside the mini split wall units. We cannot determine the condition of underlying materials, due to the presence of moisture there is the possibility of HIDDEN mold growth in underlying building materials.

3. Units 19 and 20 had interior humidity levels above 65%, unit 6 interior humidity registered at 59.8%

4. Bathroom exhaust fans appear to be improperly venting directly into building cavities, no exhaust fan duct terminations visible on exterior of building

5. Laminate floor coverings are buckling, floor adhesive is failing and detaching from subfloor surface

The laboratory's findings did detect elevated levels of Penicillium/Aspergillus mold in the air samples collected in units 19 and 20. Moderate levels of Cladosporium mold detected in the air sample of unit 6.  Due to the findings of elevated mold in the interior of the units, and conditions noted, a state licensed mold remediation contractor is highly recommended to further assess and perform mold remediation as needed. Those areas of contamination should follow EPA guidelines in cleaning and remediation. A qualified contractor is also recommended to further evaluate the HVAC systems and venting issues.

Sincerely,

Dan Paradela

All American Inspections and Testing

985-249-4556

Pictures:



| | |
|---|---|
| Figure 1. mold staining on bathroom ceiling | Figure 2. Moisture damaged drywall under wall mini split units |
| Figure 3. Moisture stains on ceilings | Figure 4. Laminate floors buckling, adhesive failing and floor covering detaching from subfloor |

Case 5:18-cv-01881-NBM-BGN Document 1-4 Filed 12/17/18 Page 3 of 89

# All American Inspections

PO Box 4717, Covington LA 70434
(985)249-4556
Indoor Air Quality Consultant #IAC2-03-18

October 16, 2018

Sonder
Attn: Nicole Elia
Re: 635 N. Scott Street, Units 1-17, 19-26
Sampling and testing for mold, fee: $3075 paid by credit card 10/09/2018

 Dear Nicole,

At your request and in your presence, on October 9, 2018, we performed a limited visual inspection and collected air samples of the subject apartment units at the above referenced location (25 units total) for the purpose of ascertaining whether mold contaminants were present in the air. Using Air O Cell sampling methodology to identify and quantify fungal/mold spore types, we collected air samples from the living interiors of each unit and exterior control samples. These samples were sent to EM Lab P&K in Phoenix, Arizona and their laboratory analysis are shown on the separately attached report.

Our observations:

1. Visible mold was noted in most of the apartment units. This mold was present on ceilings in bedrooms and baths as well as inside of some closets adjacent to wall mounted mini split units.

2. Active moisture detected on several ceilings that appears to be either roof leaks and/or HVAC condensation issues.

3. Moisture damaged drywall noted under corners of the interior HVAC mini split wall units. The damaged drywall did have active moisture in several of the units. There appears to be issues with refrigerant lines not properly insulated and condensate drain lines leaking. Mold and mildew stains visible inside the wall units. We cannot determine the condition of underlying materials, due to the presence of moisture there is the possibility of HIDDEN mold growth in underlying building materials.

4. More than half of the units had interior humidity levels above 65%

5. Bathroom exhaust fans appear to be improperly venting directly into building cavities, no duct terminations visible on exterior of building

6. Laminate floor coverings are buckling, adhesives are detaching from subfloor surface and large gaps in seams noted in almost half the units

7. Mold and moisture staining visible inside of electric panels. It appears the un-insulated wiring chase is allowing heat from building cavities to form condensation on the cooler metal exposed to the conditioned interiors.

2

The laboratory's findings did detect elevated levels of mold in units: 2, 4, 10-17, 21-23, and 26

Stachybotrys mold spores present in unit 8. Stachybotrys mold (also know as "black mold" produces mycotoxins)

Chaetomium mold sports present in unit 9 and 14

Penicillium/Aspergillus mold detected in all samples, some in very high levels.

Due to the elevated mold findings in the interior of the units, a state licensed, mold remediation contractor is highly recommended to further assess and perform mold remediation following EPA guidelines, before any of the units are re-occupied.

Sincerely,

Dan Paradela

All American Inspections and Testing

985-249-4556

Pictures:



| | |
|---|---|
| Figure 1. mold staining on bathroom ceiling | Figure 2. mold staining on a bedroom ceiling |
| Figure 3. Thermal imaging showing moisture present in drywall of bedroom ceiling | Figure 4. Moisture/Mold on bedroom ceiling |
| Figure 5. Thermal imaging showing cold air/condensate leakage | Figure 6. mold and moisture staining |



| | |
|---|---|
| Figure 7. Thermal imaging showing condensation leak and mold present on closet wall adjacent to mini split wall unit | Figure 8. Condensate leakage at mini split wall units |
| Figure 9. mold and moisture stains on bathroom ceiling | Figure 10. Thermal imaging patern of moistue present in bathroom ceiling |
| Figure 11. mold, mildew and moisture stains inside of electric panels | Figure 12. Laminate floors buckling |

**All American Home Inspections**
**Dan Paradela**
**77119 Crocket Rd**
**Folsom, LA  70437-3721 USA**
**(985) 249-4556**



**EMLab P & K**

www.MoldREPORT.com

info@MoldREPORT.com

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

---

# Table of Contents

Thank you for choosing MoldREPORT™ from EMLab P&K. Our mission is to provide industry leadership for the assessment of mold in the home indoor environment.

Your MoldREPORT™ is designed and intended for use by professional inspectors in office and residential home inspections to help in the assessment of mold growth in the living areas sampled by professional inspectors. Our laboratory analysis is based on the samples submitted to EMLab P&K. Please read the entire report to fully understand the complete MoldREPORT™ process. The following is a summary of the report sections:

**1. Detailed Results of Sample Analysis -** Laboratory results from the samples collected at the site.

**2. Understanding Your Sample Analysis Results -** Detailed summary of how to understand the analytical results from the air samples and/or surface samples including interpretive guidelines.

**3. Important Information, Terms and Conditions -** General information to help you understand and interpret your MoldREPORT™, including important terms, conditions and applicable legal provision relating to this report.

**4. Scope and Limitations -** Important information regarding the scope of the MoldREPORT™ system, and limitations
of mold inspection, air sampling, and surface sampling.

**5. Glossary -** Definitions and descriptions of frequently used terms and commonly found mold.

**6. References and Resources -** Literature, websites, and other materials that can provide more in-depth information about mold and indoor air quality.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Summary of Sample Analysis Results

**Do not take any action based on the results of this report until you have read the entire report.**

**Air Sample Summary:**

The MoldSCORE™ was in the HIGH range for the following area(s): 12, 14, 15, 16, 17, 18, 21, 22, 25. A high MoldSCORE™ indicates a high likelihood of mold growth in the area tested at the time of the inspection. If mold growth is in fact present, it should be cleaned or physically removed using appropriate controls and precautions by a trained professional and any associated water source that led to the problem should also be corrected.

The MoldSCORE™ was in the MODERATE range for the following area(s): 2, 4, 10, 11, 13, 19. A moderate MoldSCORE™ means that the results are inconclusive, and suggests that a more detailed inspection by a trained professional may make sense if there are any other reasons to believe that mold growth could be a problem in this room.

The MoldSCORE™ was in the LOW range for the following area(s): 1, 3, 5, 7, 8, 9, 20. A low MoldSCORE™ indicates the air sample did not detect, relative to the outside air, the presence of indoor mold growth in this room at the time of sampling.

Please see the sections titled "Detailed Results of the Air Sample Analysis" and "Understanding Your Air Sample Analysis Results" for important additional information.

| Location | MoldSCORE™ | Mold Score | Exposure Level | Location spores/m3 | Outside spores/m3 |
|---|---|---|---|---|---|
| 1: Unit #1 Interior 2644-2006 <br> * see p. 5 for details | | 130 | | 506 | 7,552 |
| 2: Unit #2 Interior 2644-2007 <br> * see p. 6 for details | | 181 | | 1,597 | 7,552 |
| 3: Unit #3 Interior 2644 2008 <br> * see p. 7 for details | | 110 | | 507 | 7,552 |
| 4: Unit #4 Interior 2644 1990 <br> * see p. 8 for details | | 194 | | 1,227 | 7,552 |
| 5: Unit #5 Interior 2644 2004 <br> * see p. 9 for details | | 109 | | 690 | 7,552 |
| 7: Unit #7 Interior 2644 1982 <br> * see p. 10 for details | | 103 | | 160 | 7,552 |
| 8: Unit #8 Interior 2644 2048 <br> * see p. 11 for details | | 131 | | 464 | 7,552 |
| 9: Unit #9 Interior 2644 2009 <br> * see p. 12 for details | | 121 | | 893 | 7,552 |
| 10: Unit #10 Interior 2644 2002 <br> * see p. 13 for details | | 172 | | 1,440 | 7,552 |

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Summary of Sample Analysis Results



| Sample | Mold Score | Location spores/m3 | Outside spores/m3 |
|---|---|---|---|
| 11: Unit 11, Interior 2644 2038 * see p. 14 for details | 167 | 2,117 | 7,552 |
| 12: Unit 12, Interior 2644 1996 * see p. 15 for details | 290 | 2,360 | 7,552 |
| 13: Unit 13, Interior 2689 4618 * see p. 16 for details | 176 | 1,170 | 7,552 |
| 14: Unit 14, Interior 2689 4605 * see p. 17 for details | 300 | 12,994 | 7,552 |
| 15: Unit 15, Interior 2689 4593 * see p. 18 for details | 300 | 15,427 | 7,552 |
| 16: Unit 16, Interior 2644 1972 * see p. 19 for details | 300 | 97,990 | 7,552 |
| 17: Unit 21, Interior 2644 1966 * see p. 20 for details | 300 | 10,040 | 7,552 |
| 18: Unit 22, Interior 2689 4598 * see p. 21 for details | 300 | 8,157 | 7,552 |
| 19: Unit 23, Interior 2643 4883 * see p. 22 for details | 181 | 1,068 | 7,552 |
| 20: Unit 24, Interior 2689 4603 * see p. 23 for details | 128 | 343 | 7,552 |
| 21: Unit 25, Interior 2689 4606 * see p. 24 for details | 300 | 230,000 | 7,552 |
| 22: Unit 26, Interior 2689 4616 * see p. 25 for details | 298 | 3,447 | 7,552 |
| 25: Unit 17, Interior 2644 1978 * see p. 26 for details | 299 | 10,001 | 7,552 |

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Detailed Results of the Air Sample Analysis

| Location | Overall Mold Source Assessment* (Likelihood spores originated inside) | | | Overall Exposure Level (Shown on a log scale) | | Location spores/m3 | Outside spores/m3 |
|---|---|---|---|---|---|---|---|
| 1: Unit #1 Interior 2644-2006 | Lower <110 | Higher 200   300 | Mold Score 130 | Lower <200   1K   10K | Higher >70K | 506 | 7,552 |

**Indicators of Mold Growth Indoors**

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) | | | Indicator Exposure Level (Shown on a log scale) | | Location spores/m3 | Outside spores/m3 |
|---|---|---|---|---|---|---|---|
| A) Penicillium/Aspergillus types** | Lower <110 | Higher 200  300 | Mold Score 125 | Lower <200  1K  10K | Higher >70K | 210 | 755 |
| B) Cladosporium species spores | | | 100 | | | < 7 | 309 |
| C) Basidiospores | | | 100 | | | 110 | 5,900 |
| D) "Marker" spore types*** | | | 100 | | | < 7 | < 7 |

"Markers" with MoldSCORE™ > 100 (maximum of three listed): None

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E) "Other" spore types***,**** | | | 130 | | | 106 | 148 |

"Others" with MoldSCORE™ > 100 (maximum of five listed): 1)Bipolaris/Drechslera group  2)Smuts, Periconia, Myxomycetes

### Other Sample Information

**Sample clarity & visibility**

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | | X | |
| Outside | | X | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples. "Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

**Comments**

| Location | None |
|---|---|
| Outside | |

### Other "normal trapping" spores

| Exposure Level (Highly unlikely to be from indoors) | | Location spores/m3 | Outside spores/m3 |
|---|---|---|---|
| Lower <200   1K   10K | Higher >70K | 80 | 440 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 150 | 150 |

* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

** The spores of *Penicillium* and *Aspergillus* (and others such as *Acremonium* and *Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The *Penicillium/Aspergillus* indicator operates on the assumption that the majority of the spores in this category are, in fact, *Penicillium* or *Aspergillus*.

*** The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample.

**** The spores of smuts, *Periconia*, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. *Periconia* is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

The outside sample as reported on this page is actually based upon 2 samples and calculated by averaging the raw counts, averaging the volume, and then calculating the spores/m3 based upon these results.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

Aerotech Laboratories, Inc

EMLab ID: 2020584, Page 5 of 37

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

# Detailed Results of the Air Sample Analysis

| Location | Overall Mold Source Assessment* (Likelihood spores originated inside) | | Overall Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| 2: Unit #2 Interior 2644-2007 | Lower <110 ... 200 ... Higher 300 | Mold Score 181 | Lower <200 ... 1K ... 10K ... Higher >70K | Location spores/m3 1,597 | Outside spores/m3 7,552 |

## Indicators of Mold Growth Indoors

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) | | Indicator Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| | Lower <110 ... 200 ... Higher 300 | Mold Score | Lower <200 ... 1K ... 10K ... Higher >70K | Location spores/m3 | Outside spores/m3 |
| A) Penicillium/Aspergillus types** | | 181 | | 690 | 755 |
| B) Cladosporium species spores | | 139 | | 690 | 309 |
| C) Basidiospores | | 100 | | 53 | 5,900 |
| D) "Marker" spore types*** | | 100 | | < 7 | < 7 |

"Markers" with MoldSCORE™ > 100 (maximum of three listed): None

| | | | | | |
|---|---|---|---|---|---|
| E) "Other" spore types***,**** | | 121 | | 54 | 148 |

"Others" with MoldSCORE™ > 100 (maximum of five listed): 1)Epicoccum  2)Nigrospora

## Other Sample Information

### Sample clarity & visibility

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | | X | |
| Outside | | X | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples. "Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

### Other "normal trapping" spores

| Exposure Level (Highly unlikely to be from indoors) | | | |
|---|---|---|---|
| Lower <200 ... 1K ... 10K ... Higher >70K | | Location spores/m3 | Outside spores/m3 |
| | | 110 | 440 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 150 | 150 |

### Comments

| Location | 80 of the raw count *Cladosporium* spores were present as a single clump. 64 of the raw count *Penicillium/Aspergillus* type spores were present as a single clump. |
|---|---|
| Outside | |

\* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

\*\* The spores of *Penicillium* and *Aspergillus* (and others such as *Acremonium* and *Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The *Penicillium/Aspergillus* indicator operates on the assumption that the majority of the spores in this category are, in fact, *Penicillium* or *Aspergillus*.

\*\*\* The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample.

\*\*\*\* The spores of smuts, *Periconia*, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. *Periconia* is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

The outside sample as reported on this page is actually based upon 2 samples and calculated by averaging the raw counts, averaging the volume, and then calculating the spores/m3 based upon these results.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

Aerotech Laboratories, Inc

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Detailed Results of the Air Sample Analysis

| Location | Overall Mold Source Assessment* (Likelihood spores originated inside) | | | | Overall Exposure Level (Shown on a log scale) | | | | | Location | Outside |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3: Unit #3 Interior 2644 2008 | Lower <110 | 200 | Higher 300 | Mold Score | Lower <200 | 1K | 10K | Higher >70K | | spores/m3 | spores/m3 |
| | | | | 110 | | | | | | 507 | 7,552 |

**Indicators of Mold Growth Indoors**

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) | | | | Indicator Exposure Level (Shown on a log scale) | | | | | Location | Outside |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Lower <110 | 200 | Higher 300 | Mold Score | Lower <200 | 1K | 10K | Higher >70K | | spores/m3 | spores/m3 |
| A) Penicillium/Aspergillus types** | | | | 105 | | | | | | 80 | 755 |
| B) Cladosporium species spores | | | | 106 | | | | | | 110 | 309 |
| C) Basidiospores | | | | 100 | | | | | | 210 | 5,900 |
| D) "Marker" spore types*** | | | | 100 | | | | | | < 7 | < 7 |

"Markers" with MoldSCORE™ > 100 (maximum of three listed): None

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E) "Other" spore types***,**** | | | | 110 | | | | | | 27 | 148 |

"Others" with MoldSCORE™ > 100 (maximum of five listed): 1)Curvularia

### Other Sample Information

Sample clarity & visibility

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | | X | |
| Outside | | X | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples. "Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

Comments

| Location | None |
|---|---|
| Outside | |

### Other "normal trapping" spores

| Exposure Level (Highly unlikely to be from indoors) | | | | | Location | Outside |
|---|---|---|---|---|---|---|
| Lower <200 | 1K | 10K | Higher >70K | | spores/m3 | spores/m3 |
| | | | | | 80 | 440 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 150 | 150 |

* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

** The spores of *Penicillium* and *Aspergillus* (and others such as *Acremonium* and *Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The *Penicillium/Aspergillus* indicator operates on the assumption that the majority of the spores in this category are, in fact, *Penicillium* or *Aspergillus*.

*** The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample.

**** The spores of smuts, *Periconia*, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. *Periconia* is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

The outside sample as reported on this page is actually based upon 2 samples and calculated by averaging the raw counts, averaging the volume, and then calculating the spores/m3 based upon these results.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Detailed Results of the Air Sample Analysis

| Location | Overall Mold Source Assessment* (Likelihood spores originated inside) | | Overall Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| | Lower <110 ... 200 ... Higher 300 | Mold Score | Lower <200 ... 1K ... 10K ... Higher >70K | Location spores/m3 | Outside spores/m3 |
| 4: Unit #4 Interior 2644 1990 | | 194 | | 1,227 | 7,552 |

**Indicators of Mold Growth Indoors**

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) | | Indicator Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| | Lower <110 ... 200 ... Higher 300 | Mold Score | Lower <200 ... 1K ... 10K ... Higher >70K | Location spores/m3 | Outside spores/m3 |
| A) Penicillium/Aspergillus types** | | 194 | | 750 | 755 |
| B) Cladosporium species spores | | 105 | | 130 | 309 |
| C) Basidiospores | | 100 | | 130 | 5,900 |
| D) "Marker" spore types*** | | 100 | | < 7 | < 7 |

"Markers" with MoldSCORE™ > 100 (maximum of three listed): None

| | | | | | |
|---|---|---|---|---|---|
| E) "Other" spore types***,**** | | 111 | | 27 | 148 |

"Others" with MoldSCORE™ > 100 (maximum of five listed): 1)Bipolaris/Drechslera group

---

**Other Sample Information**

**Sample clarity & visibility**

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | | X | |
| Outside | | X | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples. "Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

**Comments**

| Location | None |
|---|---|
| Outside | |

**Other "normal trapping" spores**

| Exposure Level (Highly unlikely to be from indoors) | | |
|---|---|---|
| Lower <200 ... 1K ... 10K ... Higher >70K | Location spores/m3 | Outside spores/m3 |
| | 190 | 440 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 150 | 150 |

* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

** The spores of *Penicillium* and *Aspergillus* (and others such as *Acremonium* and *Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The *Penicillium/Aspergillus* indicator operates on the assumption that the majority of the spores in this category are, in fact, *Penicillium* or *Aspergillus*.

*** The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample.

**** The spores of smuts, *Periconia*, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. *Periconia* is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

The outside sample as reported on this page is actually based upon 2 samples and calculated by averaging the raw counts, averaging the volume, and then calculating the spores/m3 based upon these results.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

Aerotech Laboratories, Inc

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Detailed Results of the Air Sample Analysis

| Location | Overall Mold Source Assessment* (Likelihood spores originated inside) | | | | Overall Exposure Level (Shown on a log scale) | | | | Location spores/m3 | Outside spores/m3 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Lower <110 | 200 | Higher 300 | Mold Score | Lower <200 | 1K | 10K | Higher >70K | | |
| 5: Unit #5 Interior 2644 2004 | | | | 109 | | | | | 690 | 7,552 |

**Indicators of Mold Growth Indoors**

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) | | | | Indicator Exposure Level (Shown on a log scale) | | | | Location spores/m3 | Outside spores/m3 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Lower <110 | 200 | Higher 300 | Mold Score | Lower <200 | 1K | 10K | Higher >70K | | |
| A) Penicillium/Aspergillus types** | | | | 100 | | | | | 53 | 755 |
| B) Cladosporium species spores | | | | 108 | | | | | 160 | 309 |
| C) Basidiospores | | | | 100 | | | | | 210 | 5,900 |
| D) "Marker" spore types*** | | | | 100 | | | | | < 7 | < 7 |

"Markers" with MoldSCORE™ > 100 (maximum of three listed): None

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| E) "Other" spore types***,**** | | | | 109 | | | | | 27 | 148 |

"Others" with MoldSCORE™ > 100 (maximum of five listed): 1)Curvularia

**Other Sample Information**

Sample clarity & visibility

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | | X | |
| Outside | | X | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples. "Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

Comments

| Location | None |
|---|---|
| Outside | |

Other "normal trapping" spores

| Exposure Level (Highly unlikely to be from indoors) | | | | Location spores/m3 | Outside spores/m3 |
|---|---|---|---|---|---|
| Lower <200 | 1K | 10K | Higher >70K | | |
| | | | | 240 | 440 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 150 | 150 |

* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

** The spores of *Penicillium* and *Aspergillus* (and others such as *Acremonium* and *Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The *Penicillium/Aspergillus* indicator operates on the assumption that the majority of the spores in this category are, in fact, *Penicillium* or *Aspergillus*.

*** The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample.

**** The spores of smuts, *Periconia*, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. *Periconia* is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

The outside sample as reported on this page is actually based upon 2 samples and calculated by averaging the raw counts, averaging the volume, and then calculating the spores/m3 based upon these results.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

Aerotech Laboratories, Inc

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Detailed Results of the Air Sample Analysis

| Location | Overall Mold Source Assessment* (Likelihood spores originated inside) | | | Overall Exposure Level (Shown on a log scale) | | | |
|---|---|---|---|---|---|---|---|
| 7: Unit #7 Interior 2644 1982 | Lower <110   200   Higher 300 | Mold Score | | Lower <200   1K   10K   Higher >70K | Location spores/m3 | Outside spores/m3 | |
| | | 103 | | | 160 | 7,552 | |

**Indicators of Mold Growth Indoors**

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) | | Indicator Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| | Lower <110   200   Higher 300 | Mold Score | Lower <200   1K   10K   Higher >70K | Location spores/m3 | Outside spores/m3 |
| A) Penicillium/Aspergillus types** | | 103 | | 33 | 755 |
| B) Cladosporium species spores | | 101 | | 20 | 309 |
| C) Basidiospores | | 100 | | 67 | 5,900 |
| D) "Marker" spore types*** | | 100 | | < 7 | < 7 |

"Markers" with MoldSCORE™ > 100 (maximum of three listed): None

| | | | | | |
|---|---|---|---|---|---|
| E) "Other" spore types***,**** | | 100 | | < 7 | 148 |

"Others" with MoldSCORE™ > 100 (maximum of five listed): None

**Other Sample Information**

Sample clarity & visibility

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | | X | |
| Outside | | X | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples. "Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

Other "normal trapping" spores

| Exposure Level (Highly unlikely to be from indoors) | | | |
|---|---|---|---|
| Lower <200   1K   10K   Higher >70K | Location spores/m3 | Outside spores/m3 | |
| | 40 | 440 | |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 150 | 150 |

Comments

| Location | A majority of the trace was not present. The minor portion of the trace present was analyzed. The counts should be considered minimal. |
|---|---|
| Outside | |

* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

** The spores of *Penicillium* and *Aspergillus* (and others such as *Acremonium* and *Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The *Penicillium/Aspergillus* indicator operates on the assumption that the majority of the spores in this category are, in fact, *Penicillium* or *Aspergillus*.

*** The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample.

**** The spores of smuts, *Periconia*, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. *Periconia* is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

The outside sample as reported on this page is actually based upon 2 samples and calculated by averaging the raw counts, averaging the volume, and then calculating the spores/m3 based upon these results.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Detailed Results of the Air Sample Analysis

| Location | Overall Mold Source Assessment* (Likelihood spores originated inside) | | Overall Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| | Lower <110   200   Higher 300 | Mold Score | Lower <200   1K   10K   Higher >70K | Location spores/m3 | Outside spores/m3 |
| 8: Unit #8 Interior 2644 2048 | | 131 | | 464 | 7,552 |

**Indicators of Mold Growth Indoors**

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) | | Indicator Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| | Lower <110   200   Higher 300 | Mold Score | Lower <200   1K   10K   Higher >70K | Location spores/m3 | Outside spores/m3 |
| A) Penicillium/Aspergillus types** | | 131 | | 240 | 755 |
| B) Cladosporium species spores | | 104 | | 80 | 309 |
| C) Basidiospores | | 100 | | 110 | 5,900 |
| D) "Marker" spore types*** | | 111 | | 7 | < 7 |

"Markers" with MoldSCORE™ > 100 (maximum of three listed): 1)Stachybotrys

| | | | | | |
|---|---|---|---|---|---|
| E) "Other" spore types***,**** | | 100 | | < 7 | 148 |

"Others" with MoldSCORE™ > 100 (maximum of five listed): None

---

**Other Sample Information**

Sample clarity & visibility

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | | X | |
| Outside | | X | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples. "Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

Other "normal trapping" spores

| Exposure Level (Highly unlikely to be from indoors) | | |
|---|---|---|
| Lower <200   1K   10K   Higher >70K | Location spores/m3 | Outside spores/m3 |
| | 27 | 440 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 150 | 150 |

Comments

| Location | None |
|---|---|
| Outside | |

\* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

\*\* The spores of *Penicillium* and *Aspergillus* (and others such as *Acremonium* and *Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The *Penicillium/Aspergillus* indicator operates on the assumption that the majority of the spores in this category are, in fact, *Penicillium* or *Aspergillus*.

\*\*\* The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample.

\*\*\*\* The spores of smuts, *Periconia*, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. *Periconia* is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

The outside sample as reported on this page is actually based upon 2 samples and calculated by averaging the raw counts, averaging the volume, and then calculating the spores/m3 based upon these results.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Detailed Results of the Air Sample Analysis

| Location | Overall Mold Source Assessment* (Likelihood spores originated inside) | | Overall Exposure Level (Shown on a log scale) | | | |
|---|---|---|---|---|---|---|
| | Lower <110 ... 200 ... Higher 300 | Mold Score | Lower <200 ... 1K ... 10K ... Higher >70K | | Location spores/m3 | Outside spores/m3 |
| 9: Unit #9 Interior 2644 2009 | | 121 | | | 893 | 7,552 |

**Indicators of Mold Growth Indoors**

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) | | Indicator Exposure Level (Shown on a log scale) | | | |
|---|---|---|---|---|---|---|
| | Lower <110 ... 200 ... Higher 300 | Mold Score | Lower <200 ... 1K ... 10K ... Higher >70K | | Location spores/m3 | Outside spores/m3 |
| A) Penicillium/Aspergillus types** | | 103 | | | 110 | 755 |
| B) Cladosporium species spores | | 103 | | | 80 | 309 |
| C) Basidiospores | | 100 | | | 530 | 5,900 |
| D) "Marker" spore types*** | | 121 | | | 13 | < 7 |

"Markers" with MoldSCORE™ > 100 (maximum of three listed): 1)Chaetomium

| | | | | | | |
|---|---|---|---|---|---|---|
| E) "Other" spore types***,**** | | 100 | | | < 7 | 148 |

"Others" with MoldSCORE™ > 100 (maximum of five listed): None

**Other Sample Information**

Sample clarity & visibility

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | | X | |
| Outside | | X | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples. "Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

Comments

| Location | None |
|---|---|
| Outside | |

Other "normal trapping" spores

| Exposure Level (Highly unlikely to be from indoors) | | | |
|---|---|---|---|
| Lower <200 ... 1K ... 10K ... Higher >70K | | Location spores/m3 | Outside spores/m3 |
| | | 160 | 440 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 150 | 150 |

* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

** The spores of *Penicillium* and *Aspergillus* (and others such as *Acremonium* and *Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The *Penicillium/Aspergillus* indicator operates on the assumption that the majority of the spores in this category are, in fact, *Penicillium* or *Aspergillus*.

*** The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample.

**** The spores of smuts, *Periconia*, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. *Periconia* is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

The outside sample as reported on this page is actually based upon 2 samples and calculated by averaging the raw counts, averaging the volume, and then calculating the spores/m3 based upon these results.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Detailed Results of the Air Sample Analysis

| Location | Overall Mold Source Assessment* (Likelihood spores originated inside) | | Overall Exposure Level (Shown on a log scale) | | | |
|---|---|---|---|---|---|---|
| | Lower <110 ··· 200 ··· Higher 300 | Mold Score | Lower <200 ··· 1K ··· 10K ··· Higher >70K | | Location spores/m3 | Outside spores/m3 |
| 10: Unit #10 Interior 2644 2002 | | 172 | | | 1,440 | 7,552 |

**Indicators of Mold Growth Indoors**

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) | | Indicator Exposure Level (Shown on a log scale) | | | |
|---|---|---|---|---|---|---|
| | Lower <110 ··· 200 ··· Higher 300 | Mold Score | Lower <200 ··· 1K ··· 10K ··· Higher >70K | | Location spores/m3 | Outside spores/m3 |
| A) Penicillium/Aspergillus types** | | 172 | | | 610 | 755 |
| B) Cladosporium species spores | | 110 | | | 210 | 309 |
| C) Basidiospores | | 100 | | | 430 | 5,900 |
| D) "Marker" spore types*** | | 100 | | | < 7 | < 7 |

"Markers" with MoldSCORE™ > 100 (maximum of three listed): None

| | | | | | | |
|---|---|---|---|---|---|---|
| E) "Other" spore types***,**** | | 100 | | | < 7 | 148 |

"Others" with MoldSCORE™ > 100 (maximum of five listed): None

### Other Sample Information

#### Sample clarity & visibility

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | | X | |
| Outside | | X | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples. "Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

#### Other "normal trapping" spores

| Exposure Level (Highly unlikely to be from indoors) | | | |
|---|---|---|---|
| Lower <200 ··· 1K ··· 10K ··· Higher >70K | | Location spores/m3 | Outside spores/m3 |
| | | 190 | 440 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 150 | 150 |

#### Comments

| Location | 60 of the raw count *Penicillium/Aspergillus* type spores were present as a single clump. |
|---|---|
| Outside | |

* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

** The spores of *Penicillium* and *Aspergillus* (and others such as *Acremonium* and *Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The *Penicillium/Aspergillus* indicator operates on the assumption that the majority of the spores in this category are, in fact, *Penicillium* or *Aspergillus*.

*** The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample.

**** The spores of smuts, *Periconia*, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. *Periconia* is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

The outside sample as reported on this page is actually based upon 2 samples and calculated by averaging the raw counts, averaging the volume, and then calculating the spores/m3 based upon these results.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Detailed Results of the Air Sample Analysis

| Location | Overall Mold Source Assessment* (Likelihood spores originated inside) | | Overall Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| | Lower <110 ... Higher 200 300 | Mold Score | Lower <200 ... Higher 1K 10K >70K | Location spores/m3 | Outside spores/m3 |
| 11: Unit 11, Interior 2644 2038 | | 167 | | 2,117 | 7,552 |

**Indicators of Mold Growth Indoors**

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) | | Indicator Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| | Lower <110 ... Higher 200 300 | Mold Score | Lower <200 ... Higher 1K 10K >70K | Location spores/m3 | Outside spores/m3 |
| A) Penicillium/Aspergillus types** | | 167 | | 640 | 755 |
| B) Cladosporium species spores | | 163 | | 1,100 | 309 |
| C) Basidiospores | | 100 | | 240 | 5,900 |
| D) "Marker" spore types*** | | 100 | | < 7 | < 7 |

"Markers" with MoldSCORE™ > 100 (maximum of three listed): None

| | | | | | |
|---|---|---|---|---|---|
| E) "Other" spore types***,**** | | 102 | | 27 | 148 |

"Others" with MoldSCORE™ > 100 (maximum of five listed): 1)Smuts, Periconia, Myxomycetes

**Other Sample Information**

**Sample clarity & visibility**

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | | X | |
| Outside | | X | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples. "Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

**Comments**

| Location | None |
|---|---|
| Outside | |

Other "normal trapping" spores

| Exposure Level (Highly unlikely to be from indoors) | | |
|---|---|---|
| Lower <200 ... Higher 1K 10K >70K | Location spores/m3 | Outside spores/m3 |
| | 110 | 440 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 150 | 150 |

* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

** The spores of *Penicillium* and *Aspergillus* (and others such as *Acremonium* and *Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The *Penicillium/Aspergillus* indicator operates on the assumption that the majority of the spores in this category are, in fact, *Penicillium* or *Aspergillus*.

*** The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample.

**** The spores of smuts, *Periconia*, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. *Periconia* is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

The outside sample as reported on this page is actually based upon 2 samples and calculated by averaging the raw counts, averaging the volume, and then calculating the spores/m3 based upon these results.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Detailed Results of the Air Sample Analysis

| Location | Overall Mold Source Assessment* (Likelihood spores originated inside) | | Overall Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| 12: Unit 12, Interior 2644 1996 | Lower <110 ... 200 ... Higher 300 | Mold Score: 290 | Lower <200 ... 1K ... 10K Higher >70K | Location spores/m3: 2,360 | Outside spores/m3: 7,552 |

**Indicators of Mold Growth Indoors**

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) | | Indicator Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| A) Penicillium/Aspergillus types** | Lower <110 ... 200 ... Higher 300 | Mold Score: 290 | Lower <200 ... 1K ... 10K Higher >70K | Location spores/m3: 2,200 | Outside spores/m3: 755 |
| B) Cladosporium species spores | | 100 | | < 7 | 309 |
| C) Basidiospores | | 100 | | 160 | 5,900 |
| D) "Marker" spore types*** | | 100 | | < 7 | < 7 |

"Markers" with MoldSCORE™ > 100 (maximum of three listed): None

| | | | | | |
|---|---|---|---|---|---|
| E) "Other" spore types***,**** | | 100 | | < 7 | 148 |

"Others" with MoldSCORE™ > 100 (maximum of five listed): None

### Other Sample Information

**Sample clarity & visibility**

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | | X | |
| Outside | | X | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples. "Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

**Comments**

| Location | None |
|---|---|
| Outside | |

### Other "normal trapping" spores

| Exposure Level (Highly unlikely to be from indoors) | | | |
|---|---|---|---|
| Lower <200 ... 1K ... 10K Higher >70K | | Location spores/m3 | Outside spores/m3 |
| | | < 7 | 440 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 150 | 150 |

* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

** The spores of *Penicillium* and *Aspergillus* (and others such as *Acremonium* and *Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The *Penicillium/Aspergillus* indicator operates on the assumption that the majority of the spores in this category are, in fact, *Penicillium* or *Aspergillus*.

*** The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample.

**** The spores of smuts, *Periconia*, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. *Periconia* is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

The outside sample as reported on this page is actually based upon 2 samples and calculated by averaging the raw counts, averaging the volume, and then calculating the spores/m3 based upon these results.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Detailed Results of the Air Sample Analysis

| Location | Overall Mold Source Assessment* (Likelihood spores originated inside) | | Overall Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| 13: Unit 13, Interior 2689 4618 | Lower <110   200   Higher 300 | Mold Score 176 | Lower <200   1K   10K   Higher >70K | Location spores/m3 1,170 | Outside spores/m3 7,552 |

**Indicators of Mold Growth Indoors**

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) | | Indicator Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| | Lower <110   200   Higher 300 | Mold Score | Lower <200   1K   10K   Higher >70K | Location spores/m3 | Outside spores/m3 |
| A) Penicillium/Aspergillus types** | | 176 | | 610 | 755 |
| B) Cladosporium species spores | | 110 | | 210 | 309 |
| C) Basidiospores | | 100 | | 270 | 5,900 |
| D) "Marker" spore types*** | | 100 | | < 7 | < 7 |

"Markers" with MoldSCORE™ > 100 (maximum of three listed): None

| | | | | | |
|---|---|---|---|---|---|
| E) "Other" spore types***,**** | | 100 | | < 7 | 148 |

"Others" with MoldSCORE™ > 100 (maximum of five listed): None

### Other Sample Information

#### Sample clarity & visibility

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | | X | |
| Outside | | X | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples. "Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

#### Comments

| Location | None |
|---|---|
| Outside | |

### Other "normal trapping" spores

| Exposure Level (Highly unlikely to be from indoors) | | |
|---|---|---|
| Lower <200   1K   10K   Higher >70K | Location spores/m3 | Outside spores/m3 |
| | 80 | 440 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 150 | 150 |

* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

** The spores of *Penicillium* and *Aspergillus* (and others such as *Acremonium* and *Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The *Penicillium/Aspergillus* indicator operates on the assumption that the majority of the spores in this category are, in fact, *Penicillium* or *Aspergillus*.

*** The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample.

**** The spores of smuts, *Periconia*, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. *Periconia* is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

The outside sample as reported on this page is actually based upon 2 samples and calculated by averaging the raw counts, averaging the volume, and then calculating the spores/m3 based upon these results.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Detailed Results of the Air Sample Analysis

| Location | Overall Mold Source Assessment* (Likelihood spores originated inside) | | Overall Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| 14: Unit 14, Interior 2689 4605 | Lower <110  200  Higher 300 | Mold Score 300 | Lower <200  1K  10K Higher >70K | Location spores/m3 12,994 | Outside spores/m3 7,552 |

**Indicators of Mold Growth Indoors**

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) | | Indicator Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| | Lower <110  200  Higher 300 | Mold Score | Lower <200  1K  10K Higher >70K | Location spores/m3 | Outside spores/m3 |
| A) Penicillium/Aspergillus types** | | 300 | | 8,500 | 755 |
| B) Cladosporium species spores | | 280 | | 4,400 | 309 |
| C) Basidiospores | | 100 | | 27 | 5,900 |
| D) "Marker" spore types*** | | 121 | | 13 | < 7 |

"Markers" with MoldSCORE™ > 100 (maximum of three listed): 1)Chaetomium

| | | | | | |
|---|---|---|---|---|---|
| E) "Other" spore types***,**** | | 100 | | 27 | 148 |

"Others" with MoldSCORE™ > 100 (maximum of five listed): 1)Smuts, Periconia, Myxomycetes

### Other Sample Information

#### Sample clarity & visibility

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | | X | |
| Outside | | X | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples. "Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

#### Comments

| Location | None |
|---|---|
| Outside | |

### Other "normal trapping" spores

| Exposure Level (Highly unlikely to be from indoors) | | |
|---|---|---|
| Lower <200  1K  10K Higher >70K | Location spores/m3 | Outside spores/m3 |
| | 27 | 440 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 150 | 150 |

* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

** The spores of *Penicillium* and *Aspergillus* (and others such as *Acremonium* and *Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The *Penicillium/Aspergillus* indicator operates on the assumption that the majority of the spores in this category are, in fact, *Penicillium* or *Aspergillus*.

*** The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample.

**** The spores of smuts, *Periconia*, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. *Periconia* is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

The outside sample as reported on this page is actually based upon 2 samples and calculated by averaging the raw counts, averaging the volume, and then calculating the spores/m3 based upon these results.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Detailed Results of the Air Sample Analysis

| Location | Overall Mold Source Assessment* (Likelihood spores originated inside) | | Overall Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| 15: Unit 15, Interior 2689 4593 | Lower <110 ... 200 ... Higher 300 | Mold Score **300** | Lower <200 ... 1K ... 10K ... Higher >70K | Location spores/m3 **15,427** | Outside spores/m3 **7,552** |

**Indicators of Mold Growth Indoors**

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) | | Indicator Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| | Lower <110 ... 200 ... Higher 300 | Mold Score | Lower <200 ... 1K ... 10K ... Higher >70K | Location spores/m3 | Outside spores/m3 |
| A) Penicillium/Aspergillus types** | | 300 | | 8,700 | 755 |
| B) Cladosporium species spores | | 298 | | 6,700 | 309 |
| C) Basidiospores | | 100 | | < 7 | 5,900 |
| D) "Marker" spore types*** | | 100 | | < 7 | < 7 |

"Markers" with MoldSCORE™ > 100 (maximum of three listed): None

| | | | | | |
|---|---|---|---|---|---|
| E) "Other" spore types***,**** | | 100 | | < 7 | 148 |

"Others" with MoldSCORE™ > 100 (maximum of five listed): None

### Other Sample Information

#### Sample clarity & visibility

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | | X | |
| Outside | | X | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples. "Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

#### Comments

| Location | None |
|---|---|
| Outside | |

#### Other "normal trapping" spores

| Exposure Level (Highly unlikely to be from indoors) | | |
|---|---|---|
| Lower <200 ... 1K ... 10K ... Higher >70K | Location spores/m3 27 | Outside spores/m3 440 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 150 | 150 |

* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

** The spores of *Penicillium* and *Aspergillus* (and others such as *Acremonium* and *Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The *Penicillium/Aspergillus* indicator operates on the assumption that the majority of the spores in this category are, in fact, *Penicillium* or *Aspergillus*.

*** The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample.

**** The spores of smuts, *Periconia*, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. *Periconia* is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

The outside sample as reported on this page is actually based upon 2 samples and calculated by averaging the raw counts, averaging the volume, and then calculating the spores/m3 based upon these results.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

Aerotech Laboratories, Inc

EMLab ID: 2020584, Page 18 of 37

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Detailed Results of the Air Sample Analysis

| Location | Overall Mold Source Assessment* (Likelihood spores originated inside) | Mold Score | Overall Exposure Level (Shown on a log scale) | Location spores/m3 | Outside spores/m3 |
|---|---|---|---|---|---|
| 16: Unit 16, Interior 2644 1972 | Lower <110 ... 200 ... Higher 300 | 300 | Lower <200 ... 1K ... 10K >70K | 97,990 | 7,552 |

**Indicators of Mold Growth Indoors**

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) | Mold Score | Indicator Exposure Level (Shown on a log scale) | Location spores/m3 | Outside spores/m3 |
|---|---|---|---|---|---|
| A) Penicillium/Aspergillus types** | Lower <110 ... 200 ... Higher 300 | 300 | Lower <200 ... 1K ... 10K >70K | 13,000 | 755 |
| B) Cladosporium species spores | | 300 | | 82,000 | 309 |
| C) Basidiospores | | 100 | | 2,700 | 5,900 |
| D) "Marker" spore types*** | | 100 | | < 7 | < 7 |

"Markers" with MoldSCORE™ > 100 (maximum of three listed): None

| | | Mold Score | | Location spores/m3 | Outside spores/m3 |
|---|---|---|---|---|---|
| E) "Other" spore types***,**** | | 100 | | < 7 | 148 |

"Others" with MoldSCORE™ > 100 (maximum of five listed): None

### Other Sample Information

#### Sample clarity & visibility

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | | X | |
| Outside | | X | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples. "Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

#### Comments

| Location | None |
|---|---|
| Outside | |

### Other "normal trapping" spores

| Exposure Level (Highly unlikely to be from indoors) | | Location spores/m3 | Outside spores/m3 |
|---|---|---|---|
| Lower <200 ... 1K ... 10K >70K | | 290 | 440 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 150 | 150 |

* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

** The spores of *Penicillium* and *Aspergillus* (and others such as *Acremonium* and *Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The *Penicillium/Aspergillus* indicator operates on the assumption that the majority of the spores in this category are, in fact, *Penicillium* or *Aspergillus*.

*** The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample.

**** The spores of smuts, *Periconia*, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. *Periconia* is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

The outside sample as reported on this page is actually based upon 2 samples and calculated by averaging the raw counts, averaging the volume, and then calculating the spores/m3 based upon these results.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Detailed Results of the Air Sample Analysis

| Location | Overall Mold Source Assessment* (Likelihood spores originated inside) | | Overall Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| 17: Unit 21, Interior 2644 1966 | Lower <110   200   Higher 300 | Mold Score 300 | Lower <200   1K   10K   Higher >70K | Location spores/m3 10,040 | Outside spores/m3 7,552 |

**Indicators of Mold Growth Indoors**

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) | | Indicator Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| | Lower <110   200   Higher 300 | Mold Score | Lower <200   1K   10K   Higher >70K | Location spores/m3 | Outside spores/m3 |
| A) Penicillium/Aspergillus types** | | 300 | | 7,200 | 755 |
| B) Cladosporium species spores | | 179 | | 1,600 | 309 |
| C) Basidiospores | | 100 | | 1,000 | 5,900 |
| D) "Marker" spore types*** | | 100 | | < 7 | < 7 |

"Markers" with MoldSCORE™ > 100 (maximum of three listed): None

| | | | | | |
|---|---|---|---|---|---|
| E) "Other" spore types***,**** | | 121 | | 80 | 148 |

"Others" with MoldSCORE™ > 100 (maximum of five listed): 1)Alternaria

### Other Sample Information

**Sample clarity & visibility**

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | | X | |
| Outside | | X | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples. "Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

**Comments**

| Location | 118 of the raw count Penicillium/Aspergillus type spores were present as a single clump. |
|---|---|
| Outside | |

### Other "normal trapping" spores

| Exposure Level (Highly unlikely to be from indoors) | | |
|---|---|---|
| Lower <200   1K   10K   Higher >70K | Location spores/m3 | Outside spores/m3 |
| | 160 | 440 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 150 | 150 |

* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

** The spores of Penicillium and Aspergillus (and others such as Acremonium and Paecilomyces) are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The Penicillium/Aspergillus indicator operates on the assumption that the majority of the spores in this category are, in fact, Penicillium or Aspergillus.

*** The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample.

**** The spores of smuts, Periconia, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. Periconia is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

The outside sample as reported on this page is actually based upon 2 samples and calculated by averaging the raw counts, averaging the volume, and then calculating the spores/m3 based upon these results.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

Aerotech Laboratories, Inc

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Detailed Results of the Air Sample Analysis

| Location | Overall Mold Source Assessment* (Likelihood spores originated inside) | | Overall Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| | Lower <110 ... 200 ... Higher 300 | Mold Score | Lower <200 ... 1K ... 10K ... Higher >70K | Location spores/m3 | Outside spores/m3 |
| 18: Unit 22, Interior 2689 4598 | | 300 | | 8,157 | 7,552 |

**Indicators of Mold Growth Indoors**

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) | | Indicator Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| | Lower <110 ... 200 ... Higher 300 | Mold Score | Lower <200 ... 1K ... 10K ... Higher >70K | Location spores/m3 | Outside spores/m3 |
| A) Penicillium/Aspergillus types** | | 300 | | 7,700 | 755 |
| B) Cladosporium species spores | | 100 | | 190 | 309 |
| C) Basidiospores | | 100 | | 110 | 5,900 |
| D) "Marker" spore types*** | | 100 | | < 7 | < 7 |

"Markers" with MoldSCORE™ > 100 (maximum of three listed): None

| | | | | | |
|---|---|---|---|---|---|
| E) "Other" spore types***,**** | | 100 | | < 7 | 148 |

"Others" with MoldSCORE™ > 100 (maximum of five listed): None

### Other Sample Information

#### Sample clarity & visibility

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | | X | |
| Outside | | X | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples. "Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

#### Comments

| Location | None |
|---|---|
| Outside | |

### Other "normal trapping" spores

| Exposure Level (Highly unlikely to be from indoors) | | |
|---|---|---|
| Lower <200 ... 1K ... 10K ... Higher >70K | Location spores/m3 | Outside spores/m3 |
| | 157 | 440 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 150 | 150 |

* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

** The spores of *Penicillium* and *Aspergillus* (and others such as *Acremonium* and *Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The *Penicillium/Aspergillus* indicator operates on the assumption that the majority of the spores in this category are, in fact, *Penicillium* or *Aspergillus*.

*** The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample.

**** The spores of smuts, *Periconia*, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. *Periconia* is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

The outside sample as reported on this page is actually based upon 2 samples and calculated by averaging the raw counts, averaging the volume, and then calculating the spores/m3 based upon these results.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Detailed Results of the Air Sample Analysis

| Location | Overall Mold Source Assessment* (Likelihood spores originated inside) | | Overall Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| 19: Unit 23, Interior 2643 4883 | Lower <110   200   Higher 300 | Mold Score 181 | Lower <200   1K   10K   Higher >70K | Location spores/m3 1,068 | Outside spores/m3 7,552 |

**Indicators of Mold Growth Indoors**

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) | | Indicator Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| | Lower <110   200   Higher 300 | Mold Score | Lower <200   1K   10K   Higher >70K | Location spores/m3 | Outside spores/m3 |
| A) Penicillium/Aspergillus types** | | 181 | | 640 | 755 |
| B) Cladosporium species spores | | 100 | | 27 | 309 |
| C) Basidiospores | | 100 | | 130 | 5,900 |
| D) "Marker" spore types*** | | 100 | | < 7 | < 7 |

"Markers" with MoldSCORE™ > 100 (maximum of three listed): None

| | | | | | |
|---|---|---|---|---|---|
| E) "Other" spore types***,**** | | 122 | | 81 | 148 |

"Others" with MoldSCORE™ > 100 (maximum of five listed): 1)Curvularia  2)Other brown  3)Smuts, Periconia, Myxomycetes

### Other Sample Information

#### Sample clarity & visibility

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | | X | |
| Outside | | X | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples. "Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

#### Comments

| | |
|---|---|
| Location | None |
| Outside | |

### Other "normal trapping" spores

| Exposure Level (Highly unlikely to be from indoors) | | |
|---|---|---|
| Lower <200   1K   10K   Higher >70K | Location spores/m3 190 | Outside spores/m3 440 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 150 | 150 |

* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

** The spores of *Penicillium* and *Aspergillus* (and others such as *Acremonium* and *Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The *Penicillium/Aspergillus* indicator operates on the assumption that the majority of the spores in this category are, in fact, *Penicillium* or *Aspergillus*.

*** The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample.

**** The spores of smuts, *Periconia*, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. *Periconia* is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

The outside sample as reported on this page is actually based upon 2 samples and calculated by averaging the raw counts, averaging the volume, and then calculating the spores/m3 based upon these results.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

Aerotech Laboratories, Inc

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

# Detailed Results of the Air Sample Analysis

| Location | Overall Mold Source Assessment* (Likelihood spores originated inside) | | | Overall Exposure Level (Shown on a log scale) | | | |
|---|---|---|---|---|---|---|---|
| | Lower <110 | Higher 200 300 | Mold Score | Lower <200 1K 10K | Higher >70K | Location spores/m3 | Outside spores/m3 |
| 20: Unit 24, Interior 2689 4603 | | | 128 | | | 343 | 7,552 |

**Indicators of Mold Growth Indoors**

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) | | | Indicator Exposure Level (Shown on a log scale) | | | |
|---|---|---|---|---|---|---|---|
| | Lower <110 | Higher 200 300 | Mold Score | Lower <200 1K 10K | Higher >70K | Location spores/m3 | Outside spores/m3 |
| A) Penicillium/Aspergillus types** | | | 128 | | | 210 | 755 |
| B) Cladosporium species spores | | | 102 | | | 53 | 309 |
| C) Basidiospores | | | 100 | | | < 7 | 5,900 |
| D) "Marker" spore types*** | | | 100 | | | < 7 | < 7 |

"Markers" with MoldSCORE™ > 100 (maximum of three listed): None

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E) "Other" spore types***,**** | | | 110 | | | 53 | 148 |

"Others" with MoldSCORE™ > 100 (maximum of five listed): 1)Smuts, Periconia, Myxomycetes

## Other Sample Information

### Sample clarity & visibility

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | | X | |
| Outside | | X | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples. "Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

### Comments

| Location | None |
|---|---|
| Outside | |

### Other "normal trapping" spores

| Exposure Level (Highly unlikely to be from indoors) | | | |
|---|---|---|---|
| Lower <200 1K 10K | Higher >70K | Location spores/m3 | Outside spores/m3 |
| | | 27 | 440 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 150 | 150 |

* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

** The spores of *Penicillium* and *Aspergillus* (and others such as *Acremonium* and *Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The *Penicillium/Aspergillus* indicator operates on the assumption that the majority of the spores in this category are, in fact, *Penicillium* or *Aspergillus*.

*** The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample.

**** The spores of smuts, *Periconia*, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. *Periconia* is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

The outside sample as reported on this page is actually based upon 2 samples and calculated by averaging the raw counts, averaging the volume, and then calculating the spores/m3 based upon these results.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

Aerotech Laboratories, Inc

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Detailed Results of the Air Sample Analysis

| Location | Overall Mold Source Assessment* (Likelihood spores originated inside) | | Overall Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| 21: Unit 25, Interior 2689 4606 | Lower <110 ... Higher 300 | Mold Score 300 | Lower <200 1K 10K >70K | Location spores/m3 230,000 | Outside spores/m3 7,552 |

**Indicators of Mold Growth Indoors**

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) | Mold Score | Indicator Exposure Level (Shown on a log scale) | Location spores/m3 | Outside spores/m3 |
|---|---|---|---|---|---|
| A) Penicillium/Aspergillus types** | Lower <110 ... Higher 300 | 100 | Lower <200 1K 10K >70K | < 7 | 755 |
| B) Cladosporium species spores | | 300 | | 230,000 | 309 |
| C) Basidiospores | | 100 | | < 7 | 5,900 |
| D) "Marker" spore types*** | | 100 | | < 7 | < 7 |

"Markers" with MoldSCORE™ > 100 (maximum of three listed): None

| E) "Other" spore types***,**** | | 100 | | < 7 | 148 |

"Others" with MoldSCORE™ > 100 (maximum of five listed): None

**Other Sample Information**

Sample clarity & visibility

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | X | | |
| Outside | | X | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples. "Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

Comments

| Location | None |
|---|---|
| Outside | |

Other "normal trapping" spores

| Exposure Level (Highly unlikely to be from indoors) | | | |
|---|---|---|---|
| Lower <200 1K 10K >70K | | Location spores/m3 | Outside spores/m3 |
| | | < 7 | 440 |
| Sample volume (liters) | | Location 150 | Outside 150 |

* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

** The spores of *Penicillium* and *Aspergillus* (and others such as *Acremonium* and *Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The *Penicillium/Aspergillus* indicator operates on the assumption that the majority of the spores in this category are, in fact, *Penicillium* or *Aspergillus*.

*** The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample.

**** The spores of smuts, *Periconia*, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. *Periconia* is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

The outside sample as reported on this page is actually based upon 2 samples and calculated by averaging the raw counts, averaging the volume, and then calculating the spores/m3 based upon these results.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Detailed Results of the Air Sample Analysis

| Location | Overall Mold Source Assessment* (Likelihood spores originated inside) | | Overall Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| 22: Unit 26, Interior 2689 4616 | Lower <110   200   Higher 300 | Mold Score 298 | Lower <200   1K   10K   Higher >70K | Location spores/m3 3,447 | Outside spores/m3 7,552 |

**Indicators of Mold Growth Indoors**

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) | | Indicator Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| A) Penicillium/Aspergillus types** | Lower <110   200   Higher 300 | Mold Score 298 | Lower <200   1K   10K   Higher >70K | Location spores/m3 3,000 | Outside spores/m3 755 |
| B) Cladosporium species spores | | 100 | | < 7 | 309 |
| C) Basidiospores | | 100 | | 290 | 5,900 |
| D) "Marker" spore types*** | | 100 | | < 7 | < 7 |

"Markers" with MoldSCORE™ > 100 (maximum of three listed): None

| | | | | | |
|---|---|---|---|---|---|
| E) "Other" spore types***,**** | | 100 | | 27 | 148 |

"Others" with MoldSCORE™ > 100 (maximum of five listed): 1)Smuts, Periconia, Myxomycetes

**Other Sample Information**

Sample clarity & visibility

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | | X | |
| Outside | | X | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples. "Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

Comments

| Location | None |
|---|---|
| Outside | |

Other "normal trapping" spores

| Exposure Level (Highly unlikely to be from indoors) | | |
|---|---|---|
| Lower <200   1K   10K   Higher >70K | Location spores/m3 130 | Outside spores/m3 440 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 150 | 150 |

* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

** The spores of *Penicillium* and *Aspergillus* (and others such as *Acremonium* and *Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The *Penicillium/Aspergillus* indicator operates on the assumption that the majority of the spores in this category are, in fact, *Penicillium* or *Aspergillus*.

*** The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample.

**** The spores of smuts, *Periconia*, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. *Periconia* is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

The outside sample as reported on this page is actually based upon 2 samples and calculated by averaging the raw counts, averaging the volume, and then calculating the spores/m3 based upon these results.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Detailed Results of the Air Sample Analysis

| Location | Overall Mold Source Assessment* (Likelihood spores originated inside) | | Overall Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| 25: Unit 17, Interior 2644 1978 | Lower <110   200   Higher 300 | Mold Score 299 | Lower <200   1K   10K Higher >70K | Location spores/m3 10,001 | Outside spores/m3 7,552 |

**Indicators of Mold Growth Indoors**

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) | | Indicator Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| | Lower <110   200   Higher 300 | Mold Score | Lower <200   1K   10K Higher >70K | Location spores/m3 | Outside spores/m3 |
| A) Penicillium/Aspergillus types** | | 264 | | 2,100 | 755 |
| B) Cladosporium species spores | | 299 | | 7,500 | 309 |
| C) Basidiospores | | 100 | | 110 | 5,900 |
| D) "Marker" spore types*** | | 100 | | < 7 | < 7 |

"Markers" with MoldSCORE™ > 100 (maximum of three listed): None

| | | | | | |
|---|---|---|---|---|---|
| E) "Other" spore types***,**** | | 100 | | 81 | 148 |

"Others" with MoldSCORE™ > 100 (maximum of five listed): 1)Alternaria  2)Curvularia  3)Smuts, Periconia, Myxomycetes

**Other Sample Information**

### Sample clarity & visibility

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | | X | |
| Outside | | X | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples. "Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

### Other "normal trapping" spores

| Exposure Level (Highly unlikely to be from indoors) | | |
|---|---|---|
| Lower <200   1K   10K Higher >70K | Location spores/m3 | Outside spores/m3 |
| | 210 | 440 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 150 | 150 |

### Comments

| Location | None |
|---|---|
| Outside | |

* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

** The spores of *Penicillium* and *Aspergillus* (and others such as *Acremonium* and *Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The *Penicillium/Aspergillus* indicator operates on the assumption that the majority of the spores in this category are, in fact, *Penicillium* or *Aspergillus*.

*** The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample.

**** The spores of smuts, *Periconia*, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. *Periconia* is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

The outside sample as reported on this page is actually based upon 2 samples and calculated by averaging the raw counts, averaging the volume, and then calculating the spores/m3 based upon these results.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Understanding Your Air Sample Analysis Results

### Description of the Air MoldREPORT™ Analysis

Mold spores are present in virtually all environments, both indoors and outdoors, with a few notable exceptions such as industrial clean rooms and hospital organ transplant rooms. Generally, in "normal" or "clean" indoor environments, indoor spore levels are lower, on average, than outdoor levels. However, even the most simple rules (such as "inside/outside" ratios) are not always appropriate for determining whether there is a source of mold growth indoors, and may provide false or misleading results. One reason these simple methods do not always work is because both outdoor and indoor spores levels vary widely due to factors such as weather conditions and activity levels within the room. For example, even in a "normal" home, spore levels can be higher than outdoors at certain times, such as after vacuuming (when airborne indoor levels could be unusually high) or after a heavy snow (when outdoor levels could be unusually low).

MoldREPORT™ is designed and intended to provide an easily understood report for residential home inspections to help in the assessment of mold growth in the living areas sampled. MoldREPORT™ relies on non-invasive and non-destructive tests, so it cannot guarantee that hidden mold problems will be detected and reported. MoldREPORT™ results apply only to the rooms or areas tested, at the time of sampling. Factors taken into consideration include, but are not limited to, the distribution of spore types, absolute levels inside and outside, relative levels inside and outside, the range and variation of spore levels that normally occur outside, and the types of spores present.

Providing you with a helpful, understandable and top quality interpretation requires special expertise. EMLab P&K recognizes this and has taken the following steps to provide the best possible interpretation of your air sampling results.

1. Your samples were analyzed by EMLab P&K,

2. We utilize the proprietary MoldREPORT™ analysis system, which was developed by a team including leading professionals in the indoor air quality (IAQ) industry.

### MoldSCORE™

The MoldSCORE™ indicates the likelihood, based upon the air sample laboratory data, that there is unusual or excessive mold growth in the properly sampled indoor area(s). It is calculated using EMLab P&K's proprietary MoldREPORT™ system, based upon the indicator scores described in the following paragraphs. When the on-site inspection and sampling are done properly, MoldREPORT™ is less likely to give false results than other, simpler methods of interpretation often employed for routine home inspections, such as ratio analysis. It is important to bear in mind that any analytical method, findings, and interpretation should be used with a degree of caution and common sense. Any decisions related to health should be made in consultation with a medical doctor, and nothing in this report is intended to provide medical advice or indicate whether a medical or safety problem exists.

### Descriptions of the indicators:

### Quantity and concentration of *Penicillium/Aspergillus* spore types

This score indicates the likelihood that spores of *Penicillium* or *Aspergillus* present in the indoor sample originated from indoor sources. A high score suggests that there is a high probability that *Penicillium* or *Aspergillus* is originating indoors, such as from active mold growth. A low score indicates that the spores present are more likely to have originated from outdoor sources and come inside through doors and windows, carried in on people's clothing, or similar methods. *Penicillium* and *Aspergillus* are among the most common molds found growing indoors and are one of the more commonly found molds outside as well. Their spores are frequently present in both outdoor and indoor air, even in relatively clean, mold-growth-free, indoor environments. Additionally, their levels vary significantly based upon activity levels, dustiness, weather conditions, outside air exchange rates, and other factors.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Understanding Your Air Sample Analysis Results (continued)

**Quantity and concentration of *Cladosporium* spores**
This score indicates the likelihood that spores of *Cladosporium* present in the indoor sample originated from indoor sources. A high rating indicates that there is probably a source of *Cladosporium* spores in this location. *Cladosporium* is one of the most commonly found molds outdoors and is also frequently found growing indoors. Even more so than *Penicillium* and *Aspergillus,* spores from *Cladosporium* are generally present in outdoor and indoor air, even in relatively clean, mold-growth-free, indoor environments. Its levels also vary based upon activity levels, weather conditions, dustiness, outside air exchange rates, and other factors.

**Quantity and concentration of basidiospores**
This score indicates the likelihood that basidiospores present in the indoor sample originated from indoor sources. Basidiospores are extremely common outdoors and originate from fungi in gardens, forests, and woodlands. It is rare for the source of basidiospores to be indoors because basidiospores are produced by a group of fungi that includes mushrooms and other "macrofungi" (and are not technically molds). Their concentrations can be extremely high outdoors during wet conditions such as rain. Nevertheless, in certain conditions basidiospores can be produced indoors, and a high rating indicates that there is probably a source of basidiospores indoors. One reason basidiospores are important is that they can be an indicator of wood decay (e.g. "dry rot"), a condition that can dramatically reduce the structural integrity of a building.

**Quantity and concentration of "marker" spore types**
This score indicates the likelihood that certain distinctive types of mold present in the indoor sample originated from indoor sources. Certain types of mold are generally found in very low numbers outdoors. Consequently, their presence indoors, even in relatively low numbers compared to *Penicillium,* for example, is often an indication that these molds are originating from growth indoors. When present, these mold types are often the clearest indicator of a mold problem. Note, however, that the absence of marker spore types does not mean that a mold problem does not exist in a house; it just means that if a problem is present, it either involves types of mold that are more commonly found both indoors and outdoors, or that the spores from these molds were not airborne at the time of sampling.

**Quantity and concentration of "other" spore types**
This score indicates the likelihood that other types of mold present in the indoor sample originated from indoor sources. This score includes a heterogeneous group of genera that are not covered by any of the scores discussed above, and so it is difficult to make generalizations about this group. Molds in the "other" category are generally found outdoors in moderate numbers, and are therefore not considered markers of indoor growth. They are frequently found indoors but in lower numbers compared to *Cladosporium* and *Penicillium/Aspergillus* spores.

**Other Sample Information:**

**Sample clarity and visibility**
Air samples collect dirt and debris in addition to mold spores. Higher levels of debris make analysis more difficult, because they obscure the analyst's view of spores and can therefore lead to undercounting of the mold spores present. When sample clarity and visibility is rated "poor", the analytical results should be regarded as minimal and actual counts may be higher than reported.

**Other "normal trapping" spores**
Some molds do not grow on wet building materials and, consequently, are not usually indicative of building problems, or growth on building surfaces. Strict plant pathogens, for example, even if present in high numbers indoors, are not an indication of a building leak or mold growth on a wall or carpet. This section of the report focuses on the exposure level that may be due to these spore types.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Understanding Your Air Sample Analysis Results (continued)

**Sample volume**

The "sample volume" indicates the volume of air sampled and is reported in liters. A high volume indicates a greater sensitivity, but is more likely to result in poor sample clarity and visibility. A low volume is more likely to have good sample clarity and visibility, but has less sensitivity.

**Comments**

This is where analysts can comment on unusual details or add additional information that is not captured by the other areas of the air sampling report.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Interpretive Guidelines to MoldSCORE™ Levels

**MoldSCORE™ Level: LOW**
A low MoldSCORE™ indicates the air sample did not detect, relative to the outside air, the presence of indoor mold growth in this room at the time of sampling. This result, by itself, is evidence for, but does not prove, the absence of indoor mold growth in the location sampled.

Mold is a living organism that can grow very rapidly under certain conditions. If any portion of the room tested is, or has been, damp for an extended period since the time of testing, the likelihood of mold growth may have increased substantially since the time of the inspection.

**MoldSCORE™ Level: MODERATE**
The air sampling MoldSCORE™ indicated the possibility of mold growth indoors. Generally, a MODERATE level means that the results are inconclusive, and suggests that a more detailed inspection may make sense if there are any other reasons to believe that mold growth could be a problem in this location. Indoor mold growth is a possibility, but was not confirmed in the areas sampled at the time of the inspection. Factors such as recent cleaning, HVAC cycles, high winds, rain, or other indoor or outdoor conditions could have contributed to a MODERATE result in the absence of indoor mold growth. If mold growth is found, regardless of the magnitude of the growth, it is recommended that the growth be physically removed using appropriate controls and precautions. If mold has been located and removed, it is also important to identify and correct the source of moisture or dampness that allowed the mold to grow. If the affected area becomes moist again, mold growth will occur again. We recommend that you consult a professional if you are not familiar with how to locate and safely remove mold growth or how to identify and correct moisture problems that may exist.

Mold is a living organism that can grow very rapidly under certain conditions. If any portion of the room tested is, or has been, damp for an extended period since the time of testing, the likelihood of mold growth may have increased substantially since the time of the inspection.

**MoldSCORE™ Level: HIGH**
The air sampling MoldSCORE™ indicated a high likelihood of mold growth in the area tested at the time of the inspection. This result is NOT necessarily an indication that any such mold growth was extensive. If mold growth is found, regardless of the magnitude of the growth, it is recommended that the growth be physically removed using appropriate controls and precautions. If mold has been located and removed, it is also important to identify and correct the source of moisture or dampness that allowed the mold to grow. If the affected area becomes moist again, mold growth will occur again. We recommend that you consult a professional if you are not familiar with how to locate and safely remove mold growth or how to identify and correct moisture problems that may exist.

**Health concerns**
Neither this report nor any MoldSCORE™ rating is intended to provide medical advice, nor shall it be interpreted as an indicator of potential medical or safety problems. If you have concerns or questions relating to your health, please contact your physician for advice.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Important Information, Terms and Conditions Relating to your MoldREPORT™

The study and understanding of molds is a progressing science. Because different methods of sampling, collection and analysis exist within the indoor air quality industry, different inspectors or analysts may not always agree on the mold concentrations present in a given environment. Additionally, the airborne levels of mold change frequently and by large amounts due to many factors including activity levels, weather, air exchange rates (indoors), and disturbance of growth sites. It is possible for report interpretations and ranges of accuracy to vary since comprehensive, generally accepted industry standards do not currently exist for indoor air quality inspections of mold in residential indoor environments. MoldREPORT™ is intended to provide an analysis based upon samples taken at the site at the time of the inspection. Mold levels can and do change rapidly, especially if home building materials or contents remain wet for more than 24 hours, or if they are wet frequently. MoldREPORT™ is not intended to provide medical or healthcare advice. All allergy or medical-related questions and concerns, including health concerns relating to possible mold exposure, should be directed to a qualified physician. If this report indicates scores that are higher than in typical indoor living spaces relative to the outdoor environment, or indicates any findings that are of concern to you, further evaluation by a trained mold professional or a Certified Industrial Hygienist (CIH) may be advisable.

**Warranties, legal disclaimers and limitations**
MoldREPORT™ is designed and intended for use only in residential home inspections to help in the assessment of mold growth in the living areas sampled. Our laboratory analysis and report are based on the samples submitted to EMLab P&K. The inspection(s) and sampling should be performed only by a licensed and professional home inspector, environmental mold specialist, industrial hygienist or residential appraiser trained and qualified to conduct mold inspections in residential buildings. Client agrees to these conditions for the on-site project inspection.

This MoldREPORT™ is generated by EMLab P&K at the request of, and for the exclusive use of, the EMLab P&K client named on this report. The analysis of the test samples is performed by EMLab P&K. EMLab P&K's policy is that reports and test results will not be released to any third party without prior written consent from EMLab P&K's client. This report applies only to the samples taken at the time, place and location referenced in the report and received by EMLab P&K, and to the property and weather conditions existing at that time only. Please be aware, however, that property conditions, inspection findings and laboratory results can and do change over time relative to the original sampling due to changing conditions, the normal fluctuation of airborne mold, and many other factors. Client and reader are advised that EMLab P&K does not furnish, and has no responsibility for, the inspector or inspection service that performs the inspection or collects the test samples. It is the responsibility of the end-user of this report to select a properly trained professional to conduct the inspection and collect appropriate samples for analysis and interpretation by MoldREPORT™. None of EMLab P&K, EMLab P&K or their affiliates, subsidiaries, suppliers, employees, agents, contractors and attorneys (each an "EMLab P&K-related party") are able to make and do not make any determinations as to the safety or health condition of a property in this report. The client and client's customer are solely responsible for the use of, and any determinations made from, this report, and no EMLab P&K-related party shall have any liability with respect to decisions or recommendations made or actions taken by either the client or the client's customer based on the report.

Except as expressly provided for hereunder, each EMLab P&K-related party hereby expressly disclaims any and all representations and warranties of any kind or nature, whether express, implied or statutory, related to the testing services or this report. Additionally, neither this report nor any EMLab P&K-related party make any express or implied warranty or guarantee regarding the inspection or sampling done by the inspector, the qualifications, training or sampling methodology used by the inspector performing the sampling and inspection reported herein, or the accuracy of any information provided to any EMLab P&K-related party serving as a basis for this report. EMLab P&K reserves the right to change its scoring method at any time without notice. EMLab P&K reserves the right to dispose of samples two weeks after analysis unless otherwise specified by the client. If the client chooses to have EMLab P&K continue to retain the samples after this two week period, the client must provide written notification to EMLab P&K of this request. EMLab P&K reserves the right to charge for the additional sample storage.

In no event will any EMLab P&K-related party be liable for any special, indirect, incidental, punitive, or consequential damages of any kind regardless of the form of action whether in contract, tort (including negligence), strict product liability or otherwise, arising from or related to the testing services or this report. The aggregate liability of the EMLab P&K-related parties related to or arising from this report, whether under contract law, tort law, warranty or otherwise, shall be limited to direct damages not to exceed the fees actually received by EMLab P&K from the client for the report.

The invalidity or unenforceability, in whole or in part, of any provision, term or condition herein shall not invalidate or otherwise affect the enforceability of the remainder of these provisions, terms and conditions.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

# Scope and Limitations of Report and Analysis

The scope of the MoldREPORT™ system is limited to EMLab P&K's proprietary MoldSCORE™ analysis of the air and surface samples taken at the time of the inspection. EMLab P&K cannot be liable, in any form of action, for any items that are not included within the scope of the MoldREPORT™ system.

## MoldREPORT™ Inspection Limitations

MoldREPORT™ results are based upon mold air and surface samples. Mold surface samples are useful for confirming and identifying mold growth while air samples measure airborne mold levels.

This report provided by EMLab P&K is based upon the assumption that the information provided by the inspector is true and correct, that a sufficient number of mold and air samples were collected at all the appropriate locations following proper inspection and sampling protocols, and that the mold samples collected represent normal conditions at the site sampled. EMLab P&K is not able to, and cannot, guarantee the skill level or experience of the inspector performing the MoldREPORT™ inspection, nor can it guarantee that the samples have been properly collected at the site or are representative of normal conditions since many factors outside of EMLab P&K's (and the inspector's) control can and do substantially affect mold levels. Consequently, EMLab P&K cannot guarantee the accuracy of the interpretation provided herein. It is the responsibility of the inspector to insure that the mold samples were collected properly. MoldREPORT™ relies on non-invasive and non-destructive tests, so it cannot guarantee that hidden mold problems will be detected and reported. MoldREPORT™ results apply only to the rooms sampled, not to the entire building or any other rooms. It is the responsibility of the property owner, potential purchaser or other end-user of this report to select a properly trained and qualified inspector.

## About Air Sample Sampling and Analysis

EMLab P&K requires at least one outdoor air sample and one indoor air sample in order to make indoor/outdoor comparisons and assessments of airborne mold levels, which are an integral part of the EMLab P&K MoldREPORT™ system. The indoor air samples taken can be representative of the airborne mold present in the area sampled. The analysis and interpretation of these air samples is proprietary and is based upon: relative levels of spores present, quantities and concentration of *Penicillium/Aspergillus* type spores, quantity and concentration of *Cladosporium* spores, quantity and concentration of basidiospores, quantity and concentration of "marker" spore types, quantity and concentration of "other" spore types, and the distribution of mold spore types. Spore identification is performed visually by trained analysts according to industry norms. Using visual identification, most mold spores lack sufficient distinguishing characteristics to allow for species identification, so the MoldREPORT™ analysis is generally performed at the genus level. Currently there are no generally-accepted protocols or regulations regarding air sampling for molds, in large part due to the inability of any single technique to provide a complete analysis of all mold spores and mold growth in an area. Air sampling for MoldREPORT™ can be performed using any standard "spore trap" method, which are also called "non-viable air sampling methods" because spore traps do not require the germination and growth of the spores before identification. Commonly used spore trap equipment for performing air sampling for mold includes Zefon Air-O-Cell™ Cassettes, Burkard™ samplers, and Allergenco™ samplers.

## About Surface Sampling and Analysis

Surface sampling can be useful for differentiating between mold growth and stains, for identifying the type of mold growth present (if present), and, in some cases, identifying signs of mold growth in the vicinity. Although not required, surface sampling can improve the accuracy of the results and interpretation of the inspected environment if sampled correctly. EMLab P&K accepts surface samples in the form of swabs, tapes, or bulks in order to perform a direct examination of a specific location. The MoldREPORT™ analysis system uses the direct examination data in addition to the MoldREPORT™ air sample analysis.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Glossary

Background Debris - Material(s) found on the air sample other than mold spore(s) or mycelia. Examples include skin cells, insect parts, and fibers.

False Positive - A test result that incorrectly indicates mold growth, when in reality there is none. For example, an air sample test result indicating indoor mold growth, when no mold growth is actually present is a "False Positive."

False Negative - A test result that shows no mold growth, when in reality mold growth is present. For example, an air sample test result indicating no indoor mold growth, when mold growth is actually present.

Fungi - A kingdom that includes yeasts, molds, smuts, and mushrooms. Fungi are not animals, plants or bacteria, but their own kingdom.

HVAC - Heating, Ventilation, and Air Conditioning (HVAC) systems are possible reservoirs for mold growth.

IAQ - Indoor Air Quality (IAQ) is the main focus of EMLab P&K and the majority of its customers.

Industrial Hygienist - A professional who monitors exposure to environmental factors that can affect human health. Examples of environmental factors include chemicals, heat, asbestos, noise, radiation, and biological hazards.

Marker Spores - Spore types, such as *Chaetomium* and *Stachybotrys,* that when found indoors, even in moderate numbers are an indication of indoor mold growth.

Note: This glossary is intended to provide general information about commonly occurring molds, and is not intended to be a complete source.

*Alternaria:*
**Distribution:** *Alternaria* is one of the most common molds and is abundant worldwide. This genus contains around 40 to 50 different species, only a few of which are commonly found indoors.
**How it is spread:** *Alternaria* spores are easily dispersed through the air by wind.
**Where it is found outdoors:** *Alternaria* is common outdoors in soil, dead organic debris, foodstuffs, and textiles. It is also a plant pathogen and is frequently found on dead or weakened plants.
**Where it is found indoors:** *Alternaria* can grow on a variety of substrates indoors when moisture is present.

*Acremonium:*
**Distribution:** *Acremonium* is a common mold, including about 80 to 90 different species.
**How it is spread:** *Acremonium* produces wet slimy spores and is normally dispersed through water flow or droplets, or by insects. Old dry *Acremonium* spores can sometimes be dispersed through the air by wind.
**Where it is found outdoors:** *Acremonium* is found in soil, on dead organic material and debris, hay, and foodstuffs.
**Where it is found indoors:** *Acremonium* can be found anywhere indoors, but requires very wet conditions in order to proliferate. The spores probably require active disturbance for release.

*Aspergillus:* (see *Penicillium/Aspergillus*)

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Glossary (continued)

**Basidiospores:**
**Distribution:** Basidiospores are produced by a very large and diverse group of fungi called basidiomycetes, which contains over 1000 different genera. This group includes many well-known macrofungi, such as mushrooms. Basidiospores are often abundant in outdoor air and sometimes in indoor air.
**How they are spread:** Many types of basidiospores are actively released into the air during periods of high humidity or rain. Once the spores are expelled into the air, they are dispersed easily by wind.
**Where they are found outdoors:** Basidiomycetes are very common outdoors and can be found in gardens, forests, grasslands, and anywhere there is a substantial amount of dead organic material. They are also found on or near plants and some are known to be plant pathogens.
**Where they are found indoors:** Basidiospores found indoors typically come from outdoor sources and are carried inside by airflow or on clothing. Certain kinds of basidiomycetes can grow indoors, such as those that cause "dry rot", which can cause structural damage to wood. Occasionally, other basidiomycetes such as mushrooms can be found indoors, but this is not common. Generally, basiodiomycetes require wet conditions for prolonged periods in order to grow indoors.

**Bipolaris / Dreschlera:**
**Distribution:** *Bipolaris* and *Dreschlera* are two separate genera of molds that are so visually similar that they are commonly discussed together as a group. Both genera include around 30 - 40 different species.
**How they are spread:** *Bipolaris / Dreschlera* spores are easily dispersed through the air by wind.
**Where they are found outdoors:** *Bipolaris / Dreschlera* type spores are most abundant in tropical or subtropical climates. They can grow in soils, on plant debris and grasses, and are known to be plant pathogens.
**Where they are found indoors:** *Bipolaris / Dreschlera* can grow on a variety of indoor substrates when moisture is present.

**Ceratocystis / Ophiostoma:**
**Distribution:** *Ceratocystis / Ophiostoma* are two separate genera of molds that are so visually similar that they are commonly discussed together as a group. These genera contain around 50 to 60 different species.
**How they are spread:** *Ceratocystis / Ophiostoma* produce wet slimy spores and are normally dispersed through water flow, droplets, or by insects. These spores are rarely identified in air samples.
**Where they are found outdoors:** *Ceratocystis / Ophiostoma* are very common in commercial lumberyards and forests.
**Where they are found indoors** *Ceratocystis / Ophiostoma* are abundant on wood framing material in the home, although the spores are rarely found in air samples. This mold is sometimes called "lumber mold".

**Chaetomium:**
**Distribution:** *Chaetomium* is a common mold worldwide. This genus contains around 80 - 90 different species.
**How it is spread:** *Chaetomium* spores are formed inside fruiting bodies. The spores are released by being forced out through a small opening in the fruiting body. The spores are then dispersed by wind, water drops, or insects.
**Where it is found outdoors:** *Chaetomium* can be found in soil, on various seeds, cellulose substrates, dung, woody materials and straw.
**Where it is found indoors:** *Chaetomium* can grow in a variety of areas indoors, but is usually found on cellulose-based or woody materials in the home. It is very common on sheetrock paper that is or has been wet.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Glossary (continued)

*Cladosporium:*
**Distribution:** *Cladosporium* is an abundant mold worldwide and is normally one of the most abundant spore types present in both indoor or outdoor air samples. This genus contains around 20 - 30 different species.
**How it is spread:** *Cladosporium* produces dry spores that are formed in branching chains. Spores are released by twisting of the spore-bearing hyphae as they dry. Thus, the spores are most abundant in dry weather.
**Where it is found outdoors:** *Cladosporium* is found in a wide variety of soils, in plant litter, and on old and decaying plants and leaves. Some species are plant pathogens
**Where it is found indoors:** *Cladosporium* can be found anywhere indoors, including textiles, bathroom tiles, wood, moist windowsills, and any wet areas in a home. Some species of *Cladosporium* grow at temperatures near or below 0(C) / 32(F) and can often be found on refrigerated foodstuffs and even frozen meat.

*Curvularia:*
**Distribution:** *Curvularia* is a cosmopolitan fungus and includes approximately 30 different species.
**How it is spread:** *Curvularia* produces dry spores that are formed in fragile chains and is very easily dispersed through the air by wind.
**Where it is found outdoors:** *Curvularia* is most common in tropical or subtropical regions. It is found in soil and on debris of tropical plants.
**Where it is found indoors:** *Curvularia* can be found growing on a variety of substrates indoors.

*Epicoccum:*
**Distribution:** *Epicoccum* is a cosmopolitan mold that includes only two species.
**How it is spread:** *Epicoccum* produces large dry spores that are easily dispersed through the air by wind.
**Where it is found outdoors:** *Epicoccum* can be found in soils or on plant debris.
**Where it is found indoors:** *Epicoccum* is commonly found on many different substrates indoors including paper, textiles, and insects.

*Memnoniella:*
**Distribution:** *Memnoniella* is a cosmopolitan mold genus that includes approximately five species. It is frequently found in conjunction with *Stachybotrys* species due to its similar ecological preferences.
**How it is spread:** *Memnoniella* produces dry spores that are easily dispersed through the air by wind.
**Where it is found outdoors:** *Memnoniella* can be found outdoors in soil, in plant debris or litter, and as pathogens on some types of living plants.
**Where it is found indoors:** *Memnoniella* can grow on a variety of substrates indoors, but mainly can be found on wet cellulose-based materials, such as wallboard, jute, wicker, straw baskets, paper and other wood by-products.

*Paecilomyces:*
**Distribution:** *Paecilomyces* is ubiquitous in nature and includes between 9 and 30 different species, depending on the taxonomic system used. Its spores are visually similar to *Penicillium / Aspergillus* types of spores.
**How it is spread:** *Paecilomyces* produce dry spores that are easily dispersed through the air by wind.
**Where it is found outdoors:** *Paecilomyces* is found outdoors in soils and decaying plant matter, composting processes, legumes and cottonseeds. Some species parasitize insects.
**Where it is found indoors:** *Paecilomyces* can be found on a number of materials indoors. It has been isolated from jute fibers, papers, PVC, timber, optical lenses, leather, photographic paper, cigar tobacco, harvested grapes, bottled fruit, and fruit juice undergoing pasteurization.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Glossary (continued)

*Penicillium / Aspergillus:*
**Distribution:** *Penicillium / Aspergillus* are two separate genera of molds that are so visually similar that they are commonly discussed together as a group. Together, there are approximately 400 different species of *Penicillium / Aspergillus.*
**How it is spread:** *Penicillium / Aspergillus* produce dry spore types that are easily dispersed through the air by wind. These fungi serve as a food source for mites, and therefore can be dispersed by mites and various insects as well.
**Where it is found outdoors:** *Penicillium / Aspergillus* are found in soils, decaying plant debris, compost piles, fruit rot and some petroleum-based fuels.
**Where it is found indoors:** *Penicillium / Aspergillus* are found throughout the home. They are common in house dust, growing on wallpaper, wallpaper glue, decaying fabrics, wallboard, moist chipboards, and behind paint. They have also been isolated from blue rot in apples, dried foodstuffs, cheeses, fresh herbs, spices, dry cereals, nuts, onions, and oranges.

*Stachybotrys:*
**Distribution:** *Stachybotrys* is ubiquitous in nature. This genus contains about 15 species.
**How it is spread:** *Stachybotrys* produces wet slimy spores and is commonly dispersed through water flow, droplets, or insect transport, less commonly through the air.
**Where it is found outdoors:** *Stachybotrys* is found in soils, decaying plant debris, decomposing cellulose, leaf litter and seeds.
**Where it is found indoors:** *Stachybotrys* is common indoors on wet materials containing cellulose such as wallboard, jute, wicker, straw baskets, and other paper materials.

*Torula:*
**Distribution:** *Torula* is a cosmopolitan microfungus and includes approximately eight different species
**How it is spread:** *Torula* produces dry spores that are easily dispersed through the air by wind.
**Where it is found outdoors:** *Torula* is most common in temperate regions and has been isolated from soils, dead herbaceous stems, sugar beet roots, groundnuts, and oats.
**Where it is found indoors:** *Torula* is common indoors on wet materials containing cellulose, such as wallboard, jute, wicker, straw baskets, and other paper materials.

*Ulocladium:*
**Distribution:** *Ulocladium* is ubiquitous in nature and includes approximately nine different species.
**How it is spread:** *Ulocladium* produces dry spores that are easily dispersed through the air by wind.
**Where it is found outdoors:** *Ulocladium* is common outdoors in soils, dung, paint, grasses, wood, paper, and textiles.
**Where it is found indoors:** *Ulocladium* is common indoors on very wet materials containing cellulose such as wallboard, jute, wicker, straw baskets, and other paper materials. *Ulocladium* requires a significant amount of water to flourish.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## References and Resources

**References:**

*Airborne Allergens,* William Solomon, Guest Editor. Immunology & Allergy Clinics of North America, Volume 9, Number 2, August 1989. W.B. Saunders Company, Publishers, The Curtis Center, Independence Square West, Philadelphia, PA 19106-3399. This book may be out of print.

*Bioaerosols: Assessment and Control,* Janet Macher, Sc.D., M.P.H., Editor. 1999. ACGIH, 1330 Kemper Meadow Drive, Cincinnati, OH 45240-1634.

*Bioaerosols,* Harriet Burge, Ph.D. 1995. Lewis Publishers, 2000 Corporate Blvd., N.W., Boca Raton, FL 33431-9868.

*Biological Contaminants in Indoor Environments,* Morey, Feeley, Otten, Editors. 1990. ASTM, 1916 Race Street, Philadelphia, PA 19103. STP 1071.

*Fungi and Bacteria in Indoor Air Environments: Health Effects, Detection and Remediation,* Proceedings from the International Conference, Saratoga Springs, NY October 6-7, 1994.

*Health Implications of Fungi in Indoor Environments,* Edited by R.A. Samson. 1994. Elsevier Science, P.O. Box 945, Madison Square Station, New York, NY 10159-0945.

*Indoor Air and Human Health,* Gammage & Kaye. 1985. Lewis Publishers.

*Microfungi,* S.G. Gravesen, J.C. Frisvad, & R.A. Samson, published by Munksgaard.

**Useful Websites:**

www.acgih.org
American Conference of Governmental Industrial Hygienists - information on IAQ and useful links.

www.aiha.org
American Industrial Hygiene Association - general IAQ information

www.calepa.ca.gov
California Environmental Protection Agency - California IAQ resources

www.emlab.com
EMLab P&K

www.epa.gov
Environmental Protection Agency - information regarding prevention and remediation of mold

www.health.state.ny.us
New York State Department of Health - New York state recommendations for IAQ, indoor mold inspections, remediation, and prevention

www.moldreport.com
MoldREPORT™ - online store, and other information about MoldREPORT™

www.nih.gov
National Institutes of Health - information regarding environmental health issues, including IAQ

www.niehs.nih.gov
National Institute of Environmental Health Sciences - information on mold

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**All American Home Inspections**
**Dan Paradela**
**77119 Crocket Rd**
**Folsom, LA  70437-3721 USA**
**(985) 249-4556**



INSPECT.   ANALYZE.   INTERPRET.

**EMLab P & K**

www.MoldREPORT.com

info@MoldREPORT.com

Approved by:

Dates of Analysis:
MoldReport Spore trap: 10-12-2018 to 10-12-2018

Operations Manager
Joshua Cox

Service SOPs: MoldReport Spore trap (EM-MY-S-1038)
AIHA-LAP, LLC accredited service, Lab ID #102297

All samples were received in acceptable condition unless noted in the Report Comments portion in the body of the report. Due to the nature of the analyses performed, field blank correction of results is not applied. The results relate only to the items tested.

The analytical sensitivity is the spores/m^3 divided by the raw count, expressed in spores/m^3. The limit of detection is the analytical sensitivity (in spores/m^3) multiplied by the sample volume (in liters) divided by 1000 liters.

EMLab P&K ("the Company") shall have no liability to the client or the client's customer with respect to decisions or recommendations made, actions taken or courses of conduct implemented by either the client or the client's customer as a result of or based upon the Test Results. In no event shall the Company be liable to the client with respect to the Test Results except for the Company's own willful misconduct or gross negligence nor shall the Company be liable for incidental or consequential damages or lost profits or revenues to the fullest extent such liability may be disclaimed by law, even if the Company has been advised of the possibility of such damages, lost profits or lost revenues. In no event shall the Company's liability with respect to the Test Results exceed the amount paid to the Company by the client therefor.

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Laboratory Results

### MoldREPORT: Spore Trap Analysis

| Location: | 1:<br>Unit #1 Interior 2644-2006 | | 2:<br>Unit #2 Interior 2644-2007 | | 3:<br>Unit #3 Interior 2644 2008 | |
|---|---|---|---|---|---|---|
| Comments (see below) | None | | A | | None | |
| Lab ID-Version‡: | 9531903-1 | | 9531904-1 | | 9531905-1 | |
| Analysis Date: | 10/12/2018 | | 10/12/2018 | | 10/12/2018 | |
| Spore types detected: | raw ct. | per m3 | raw ct. | per m3 | raw ct. | per m3 |
| Aureobasidium | - | - | - | - | - | - |
| Basidiospores | 4 | 110 | 2 | 53 | 8 | 210 |
| Chaetomium | - | - | - | - | - | - |
| Cladosporium | - | - | 86 | 690 | 4 | 110 |
| Fusarium | - | - | - | - | - | - |
| Penicillium/Aspergillus types | 8 | 210 | 74 | 690 | 3 | 80 |
| Stachybotrys | - | - | - | - | - | - |
| Trichoderma | - | - | - | - | - | - |
| Ulocladium | - | - | - | - | - | - |
| Others | 7 | 190 | 6 | 160 | 4 | 110 |
| § Total: | | 510 | | 1,600 | | 510 |
| Additional Information: | | | | | | |
| Hyphal fragments | - | | - | | - | |
| Skin cells | 2,000 - 4,000 | | 40 - 2,000 | | 40 - 2,000 | |
| Pollen | < 7 | | < 7 | | < 7 | |
| Background debris (1-4)† | 3 | | 3 | | 3 | |
| Limit of detection | 7 | | 7 | | 7 | |
| Sample volume (liters) | 150 | | 150 | | 150 | |

**Comments:** A) 80 of the raw count *Cladosporium* spores were present as a single clump. 64 of the raw count *Penicillium/Aspergillus* type spores were present as a single clump.

Basidiospores (basidiomycetes): Basidiospores are extremely common outdoors and originate from fungi in gardens, forests, and woodlands. It is rare for the source of basidiospores to be indoors. However, basidiospores may be an indicator of wood decay.

Cladosporium: One of the most commonly found molds outdoors and frequently found growing indoors. Spores from Cladosporium are generally present in outdoor and indoor air, even in relatively clean, mold-growth-free, indoor environments. Levels vary based upon activity levels, weather conditions, dustiness, outside air exchange rates, and other factors.

Penicillium/Aspergillus types: Penicillium and Aspergillus are among the most common molds found growing both indoors and outdoors (even in relatively clean, mold-growth-free, indoor environments). Levels vary based upon activity levels, dustiness, weather conditions, outside air exchange rates, and other factors.

Stachybotrys and other marker types: Certain types of mold, such as Aureobasidium, Chaetomium, Fusarium, Trichoderma, and Ulocladium, are generally found in very low numbers outdoors. Consequently their presence indoors, even in relatively low numbers, is often an indication that these molds are originating from growth indoors. When present, these mold types are often the clearest indicator of a mold problem.

Others: Molds in the "Others" category are generally found outdoors in moderate numbers, and are therefore not considered markers of indoor growth.

‡ A "Version" indicated by "-x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".
† Background debris is an indication of the amounts of non-biological particulate matter present on the slide (dust in the air) and is graded from 1 to 4 with 4 indicating the largest amounts.

The analytical sensitivity is the spores/m^3 divided by the raw count, expressed in spores/m^3. The limit of detection is the analytical sensitivity (in spores/m^3) multiplied by the sample volume (in liters) divided by 1000 liters.

§ Total has been rounded to two significant figures to reflect analytical precision.

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Laboratory Results

MoldREPORT: Spore Trap Analysis

| Location: | 4:<br>Unit #4 Interior 2644 1990 | | 5:<br>Unit #5 Interior 2644 2004 | | 7:<br>Unit #7 Interior 2644 1982 | |
|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | B | |
| Lab ID-Version‡: | 9531906-1 | | 9531907-1 | | 9531909-1 | |
| Analysis Date: | 10/12/2018 | | 10/12/2018 | | 10/12/2018 | |
| Spore types detected: | raw ct. | per m3 | raw ct. | per m3 | raw ct. | per m3 |
| Aureobasidium | - | - | - | - | - | - |
| Basidiospores | 5 | 130 | 8 | 210 | 10 | 67 |
| Chaetomium | - | - | - | - | - | - |
| Cladosporium | 5 | 130 | 6 | 160 | 3 | 20 |
| Fusarium | - | - | - | - | - | - |
| Penicillium/Aspergillus types | 28 | 750 | 2 | 53 | 5 | 33 |
| Stachybotrys | - | - | - | - | - | - |
| Trichoderma | - | - | - | - | - | - |
| Ulocladium | - | - | - | - | - | - |
| Others | 8 | 210 | 10 | 270 | 6 | 40 |
| § Total: | | 1,200 | | 690 | | 160 |
| Additional Information: | | | | | | |
| Hyphal fragments | - | | - | | - | |
| Skin cells | 7 - 33 | | 40 - 2,000 | | 40 - 2,000 | |
| Pollen | < 7 | | < 7 | | < 7 | |
| Background debris (1-4)† | 2 | | 2 | | 2 | |
| Limit of detection | 7 | | 7 | | 7 | |
| Sample volume (liters) | 150 | | 150 | | 150 | |

**Comments:** B) A majority of the trace was not present. The minor portion of the trace present was analyzed. The counts should be considered minimal.

Basidiospores (basidiomycetes): Basidiospores are extremely common outdoors and originate from fungi in gardens, forests, and woodlands. It is rare for the source of basidiospores to be indoors. However, basidiospores may be an indicator of wood decay.

Cladosporium: One of the most commonly found molds outdoors and frequently found growing indoors. Spores from Cladosporium are generally present in outdoor and indoor air, even in relatively clean, mold-growth-free, indoor environments. Levels vary based upon activity levels, weather conditions, dustiness, outside air exchange rates, and other factors.

Penicillium/Aspergillus types: Penicillium and Aspergillus are among the most common molds found growing both indoors and outdoors (even in relatively clean, mold-growth-free, indoor environments). Levels vary based upon activity levels, dustiness, weather conditions, outside air exchange rates, and other factors.

Stachybotrys and other marker types: Certain types of mold, such as Aureobasidium, Chaetomium, Fusarium, Trichoderma, and Ulocladium, are generally found in very low numbers outdoors. Consequently their presence indoors, even in relatively low numbers, is often an indication that these molds are originating from growth indoors. When present, these mold types are often the clearest indicator of a mold problem.

Others: Molds in the "Others" category are generally found outdoors in moderate numbers, and are therefore not considered markers of indoor growth.

‡ A "Version" indicated by "-x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".
† Background debris is an indication of the amounts of non-biological particulate matter present on the slide (dust in the air) and is graded from 1 to 4 with 4 indicating the largest amounts.

The analytical sensitivity is the spores/m^3 divided by the raw count, expressed in spores/m^3. The limit of detection is the analytical sensitivity (in spores/m^3) multiplied by the sample volume (in liters) divided by 1000 liters.

§ Total has been rounded to two significant figures to reflect analytical precision.

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Laboratory Results

## MoldREPORT: Spore Trap Analysis

| Location: | 8:<br>Unit #8 Interior 2644<br>2048 | | 9:<br>Unit #9 Interior 2644<br>2009 | | 10:<br>Unit #10 Interior 2644<br>2002 | |
|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | C | |
| Lab ID-Version‡: | 9531910-1 | | 9531911-1 | | 9531912-1 | |
| Analysis Date: | 10/12/2018 | | 10/12/2018 | | 10/12/2018 | |
| Spore types detected: | raw ct. | per m3 | raw ct. | per m3 | raw ct. | per m3 |
| Aureobasidium | - | - | - | - | - | - |
| Basidiospores | 4 | 110 | 20 | 530 | 16 | 430 |
| Chaetomium | - | - | 2 | 13 | - | - |
| Cladosporium | 3 | 80 | 3 | 80 | 8 | 210 |
| Fusarium | - | - | - | - | - | - |
| Penicillium/Aspergillus types | 9 | 240 | 4 | 110 | 68 | 610 |
| Stachybotrys | 1 | 7 | - | - | - | - |
| Trichoderma | - | - | - | - | - | - |
| Ulocladium | - | - | - | - | - | - |
| Others | 1 | 27 | 6 | 160 | 7 | 190 |
| § Total: | | 460 | | 890 | | 1,400 |
| Additional Information: | | | | | | |
| Hyphal fragments | 27 | | - | | - | |
| Skin cells | 40 - 2,000 | | 40 - 2,000 | | 7 - 33 | |
| Pollen | < 7 | | < 7 | | < 7 | |
| Background debris (1-4)† | 3 | | 3 | | 2 | |
| Limit of detection | 7 | | 7 | | 7 | |
| Sample volume (liters) | 150 | | 150 | | 150 | |

**Comments:** C) 60 of the raw count *Penicillium/Aspergillus* type spores were present as a single clump.

Basidiospores (basidiomycetes): Basidiospores are extremely common outdoors and originate from fungi in gardens, forests, and woodlands. It is rare for the source of basidiospores to be indoors. However, basidiospores may be an indicator of wood decay.

Cladosporium: One of the most commonly found molds outdoors and frequently found growing indoors. Spores from Cladosporium are generally present in outdoor and indoor air, even in relatively clean, mold-growth-free, indoor environments. Levels vary based upon activity levels, weather conditions, dustiness, outside air exchange rates, and other factors.

Penicillium/Aspergillus types: Penicllium and Aspergillus are among the most common molds found growing both indoors and outdoors (even in relatively clean, mold-growth-free, indoor environments). Levels vary based upon activity levels, dustiness, weather conditions, outside air exchange rates, and other factors.

Stachybotrys and other marker types: Certain types of mold, such as Aureobasidium, Chaetomium, Fusarium, Trichoderma, and Ulocladium, are generally found in very low numbers outdoors. Consequently their presence indoors, even in relatively low numbers, is often an indication that these molds are originating from growth indoors. When present, these mold types are often the clearest indicator of a mold problem.

Others: Molds in the "Others" category are generally found outdoors in moderate numbers, and are therefore not considered markers of indoor growth.

‡ A "Version" indicated by "-x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".
† Background debris is an indication of the amounts of non-biological particulate matter present on the slide (dust in the air) and is graded from 1 to 4 with 4 indicating the largest amounts.

The analytical sensitivity is the spores/m^3 divided by the raw count, expressed in spores/m^3. The limit of detection is the analytical sensitivity (in spores/m^3) multiplied by the sample volume (in liters) divided by 1000 liters.

§ Total has been rounded to two significant figures to reflect analytical precision.

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Laboratory Results

### MoldREPORT: Spore Trap Analysis

| Location: | 11:<br>Unit 11, Interior 2644<br>2038 | | 12:<br>Unit 12, Interior 2644<br>1996 | | 13:<br>Unit 13, Interior 2689<br>4618 | |
|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | None | |
| Lab ID-Version‡: | 9531913-1 | | 9531914-1 | | 9531915-1 | |
| Analysis Date: | 10/12/2018 | | 10/12/2018 | | 10/12/2018 | |
| Spore types detected: | raw ct. | per m3 | raw ct. | per m3 | raw ct. | per m3 |
| Aureobasidium | - | - | - | - | - | - |
| Basidiospores | 9 | 240 | 6 | 160 | 10 | 270 |
| Chaetomium | - | - | - | - | - | - |
| Cladosporium | 40 | 1,100 | - | - | 8 | 210 |
| Fusarium | - | - | - | - | - | - |
| Penicillium/Aspergillus types | 24 | 640 | 84 | 2,200 | 23 | 610 |
| Stachybotrys | - | - | - | - | - | - |
| Trichoderma | - | - | - | - | - | - |
| Ulocladium | - | - | - | - | - | - |
| Others | 5 | 130 | - | - | 3 | 80 |
| § Total: | | 2,100 | | 2,400 | | 1,200 |
| Additional Information: | | | | | | |
| Hyphal fragments | - | | - | | - | |
| Skin cells | 40 - 2,000 | | 40 - 2,000 | | 40 - 2,000 | |
| Pollen | < 7 | | < 7 | | < 7 | |
| Background debris (1-4)† | 2 | | 2 | | 2 | |
| Limit of detection | 7 | | 7 | | 7 | |
| Sample volume (liters) | 150 | | 150 | | 150 | |

**Comments:**
Basidiospores (basidiomycetes): Basidiospores are extremely common outdoors and originate from fungi in gardens, forests, and woodlands. It is rare for the source of basidiospores to be indoors. However, basidiospores may be an indicator of wood decay.

Cladosporium: One of the most commonly found molds outdoors and frequently found growing indoors. Spores from Cladosporium are generally present in outdoor and indoor air, even in relatively clean, mold-growth-free, indoor environments. Levels vary based upon activity levels, weather conditions, dustiness, outside air exchange rates, and other factors.

Penicillium/Aspergillus types: Penicllium and Aspergillus are among the most common molds found growing both indoors and outdoors (even in relatively clean, mold-growth-free, indoor environments). Levels vary based upon activity levels, dustiness, weather conditions, outside air exchange rates, and other factors.

Stachybotrys and other marker types: Certain types of mold, such as Aureobasidium, Chaetomium, Fusarium, Trichoderma, and Ulocladium, are generally found in very low numbers outdoors. Consequently their presence indoors, even in relatively low numbers, is often an indication that these molds are originating from growth indoors. When present, these mold types are often the clearest indicator of a mold problem.

Others: Molds in the "Others" category are generally found outdoors in moderate numbers, and are therefore not considered markers of indoor growth.

‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data.  The revision number is reflected by the value of "x".
† Background debris is an indication of the amounts of non-biological particulate matter present on the slide (dust in the air) and is graded from 1 to 4 with 4 indicating the largest amounts.

The analytical sensitivity is the spores/m^3 divided by the raw count, expressed in spores/m^3. The limit of detection is the analytical sensitivity (in spores/m^3) multiplied by the sample volume (in liters) divided by 1000 liters.

§ Total has been rounded to two significant figures to reflect analytical precision.

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

# Laboratory Results

## MoldREPORT: Spore Trap Analysis

| Location: | 14: Unit 14, Interior 2689 4605 | | 15: Unit 15, Interior 2689 4593 | | 16: Unit 16, Interior 2644 1972 | |
|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | None | |
| Lab ID-Version‡: | 9531916-1 | | 9531917-1 | | 9531918-1 | |
| Analysis Date: | 10/12/2018 | | 10/12/2018 | | 10/12/2018 | |
| Spore types detected: | raw ct. | per m3 | raw ct. | per m3 | raw ct. | per m3 |
| Aureobasidium | - | - | - | - | - | - |
| Basidiospores | 1 | 27 | - | - | 10 | 2,700 |
| Chaetomium | 2 | 13 | - | - | - | - |
| Cladosporium | 166 | 4,400 | 251 | 6,700 | 307 | 82,000 |
| Fusarium | - | - | - | - | - | - |
| Penicillium/Aspergillus types | 318 | 8,500 | 327 | 8,700 | 50 | 13,000 |
| Stachybotrys | - | - | - | - | - | - |
| Trichoderma | - | - | - | - | - | - |
| Ulocladium | - | - | - | - | - | - |
| Others | 2 | 53 | 1 | 27 | 11 | 290 |
| § Total: | | 13,000 | | 15,000 | | 98,000 |
| Additional Information: | | | | | | |
| Hyphal fragments | 53 | | 53 | | 2,800 | |
| Skin cells | 40 - 2,000 | | 40 - 2,000 | | 40 - 2,000 | |
| Pollen | < 7 | | < 7 | | 27 | |
| Background debris (1-4)† | 2 | | 3 | | 3 | |
| Limit of detection | 7 | | 7 | | 7 | |
| Sample volume (liters) | 150 | | 150 | | 150 | |

**Comments:**

Basidiospores (basidiomycetes): Basidiospores are extremely common outdoors and originate from fungi in gardens, forests, and woodlands. It is rare for the source of basidiospores to be indoors. However, basidiospores may be an indicator of wood decay.

Cladosporium: One of the most commonly found molds outdoors and frequently found growing indoors. Spores from Cladosporium are generally present in outdoor and indoor air, even in relatively clean, mold-growth-free, indoor environments. Levels vary based upon activity levels, weather conditions, dustiness, outside air exchange rates, and other factors.

Penicillium/Aspergillus types: Penicllium and Aspergillus are among the most common molds found growing both indoors and outdoors (even in relatively clean, mold-growth-free, indoor environments). Levels vary based upon activity levels, dustiness, weather conditions, outside air exchange rates, and other factors.

Stachybotrys and other marker types: Certain types of mold, such as Aureobasidium, Chaetomium, Fusarium, Trichoderma, and Ulocladium, are generally found in very low numbers outdoors. Consequently their presence indoors, even in relatively low numbers, is often an indication that these molds are originating from growth indoors. When present, these mold types are often the clearest indicator of a mold problem.

Others: Molds in the "Others" category are generally found outdoors in moderate numbers, and are therefore not considered markers of indoor growth.

‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data.  The revision number is reflected by the value of "x".
† Background debris is an indication of the amounts of non-biological particulate matter present on the slide (dust in the air) and is graded from 1 to 4 with 4 indicating the largest amounts.

The analytical sensitivity is the spores/m^3 divided by the raw count, expressed in spores/m^3. The limit of detection is the analytical sensitivity (in spores/m^3) multiplied by the sample volume (in liters) divided by 1000 liters.

§ Total has been rounded to two significant figures to reflect analytical precision.

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

# Laboratory Results

## MoldREPORT: Spore Trap Analysis

| Location: | 17: Unit 21, Interior 2644 1966 | | 18: Unit 22, Interior 2689 4598 | | 19: Unit 23, Interior 2643 4883 | |
|---|---|---|---|---|---|---|
| Comments (see below) | D | | None | | None | |
| Lab ID-Version‡: | 9531919-1 | | 9531920-1 | | 9531921-1 | |
| Analysis Date: | 10/12/2018 | | 10/12/2018 | | 10/12/2018 | |
| Spore types detected: | raw ct. | per m3 | raw ct. | per m3 | raw ct. | per m3 |
| Aureobasidium | - | - | - | - | - | - |
| Basidiospores | 38 | 1,000 | 4 | 110 | 5 | 130 |
| Chaetomium | - | - | - | - | - | - |
| Cladosporium | 59 | 1,600 | 7 | 190 | 1 | 27 |
| Fusarium | - | - | - | - | - | - |
| Penicillium/Aspergillus types | 357 | 7,200 | 289 | 7,700 | 24 | 640 |
| Stachybotrys | - | - | - | - | - | - |
| Trichoderma | - | - | - | - | - | - |
| Ulocladium | - | - | - | - | - | - |
| Others | 9 | 240 | 6 | 160 | 10 | 270 |
| § Total: | | 10,000 | | 8,200 | | 1,100 |
| Additional Information: | | | | | | |
| Hyphal fragments | 80 | | 53 | | 27 | |
| Skin cells | 40 - 2,000 | | 7 - 33 | | 2,000 - 4,000 | |
| Pollen | < 7 | | 27 | | < 7 | |
| Background debris (1-4)† | 3 | | 2 | | 2 | |
| Limit of detection | 7 | | 7 | | 7 | |
| Sample volume (liters) | 150 | | 150 | | 150 | |

**Comments:** D) 118 of the raw count *Penicillium/Aspergillus* type spores were present as a single clump.

Basidiospores (basidiomycetes): Basidiospores are extremely common outdoors and originate from fungi in gardens, forests, and woodlands. It is rare for the source of basidiospores to be indoors. However, basidiospores may be an indicator of wood decay.

Cladosporium: One of the most commonly found molds outdoors and frequently found growing indoors. Spores from Cladosporium are generally present in outdoor and indoor air, even in relatively clean, mold-growth-free, indoor environments. Levels vary based upon activity levels, weather conditions, dustiness, outside air exchange rates, and other factors.

Penicillium/Aspergillus types: Penicllium and Aspergillus are among the most common molds found growing both indoors and outdoors (even in relatively clean, mold-growth-free, indoor environments). Levels vary based upon activity levels, dustiness, weather conditions, outside air exchange rates, and other factors.

Stachybotrys and other marker types: Certain types of mold, such as Aureobasidium, Chaetomium, Fusarium, Trichoderma, and Ulocladium, are generally found in very low numbers outdoors. Consequently their presence indoors, even in relatively low numbers, is often an indication that these molds are originating from growth indoors. When present, these mold types are often the clearest indicator of a mold problem.

Others: Molds in the "Others" category are generally found outdoors in moderate numbers, and are therefore not considered markers of indoor growth.

‡ A "Version" indicated by "-x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".
† Background debris is an indication of the amounts of non-biological particulate matter present on the slide (dust in the air) and is graded from 1 to 4 with 4 indicating the largest amounts.

The analytical sensitivity is the spores/m^3 divided by the raw count, expressed in spores/m^3. The limit of detection is the analytical sensitivity (in spores/m^3) multiplied by the sample volume (in liters) divided by 1000 liters.

§ Total has been rounded to two significant figures to reflect analytical precision.

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Laboratory Results

### MoldREPORT: Spore Trap Analysis

| Location: | 20: Unit 24, Interior 2689 4603 | | 21: Unit 25, Interior 2689 4606 | | 22: Unit 26, Interior 2689 4616 | |
|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | None | |
| Lab ID-Version‡: | 9531922-1 | | 9531923-1 | | 9531924-1 | |
| Analysis Date: | 10/12/2018 | | 10/12/2018 | | 10/12/2018 | |
| Spore types detected: | raw ct. | per m3 | raw ct. | per m3 | raw ct. | per m3 |
| Aureobasidium | - | - | - | - | - | - |
| Basidiospores | - | - | - | - | 11 | 290 |
| Chaetomium | - | - | - | - | - | - |
| Cladosporium | 2 | 53 | 844 | 230,000 | - | - |
| Fusarium | - | - | - | - | - | - |
| Penicillium/Aspergillus types | 8 | 210 | - | - | 111 | 3,000 |
| Stachybotrys | - | - | - | - | - | - |
| Trichoderma | - | - | - | - | - | - |
| Ulocladium | - | - | - | - | - | - |
| Others | 3 | 80 | - | - | 6 | 160 |
| § Total: | | 350 | | 230,000 | | 3,400 |
| Additional Information: | | | | | | |
| Hyphal fragments | - | | 1,800 | | - | |
| Skin cells | 7 - 33 | | 7 - 33 | | 7 - 33 | |
| Pollen | < 7 | | < 7 | | < 7 | |
| Background debris (1-4)† | 2 | | 1 | | 2 | |
| Limit of detection | 7 | | 7 | | 7 | |
| Sample volume (liters) | 150 | | 150 | | 150 | |

**Comments:**

Basidiospores (basidiomycetes): Basidiospores are extremely common outdoors and originate from fungi in gardens, forests, and woodlands. It is rare for the source of basidiospores to be indoors. However, basidiospores may be an indicator of wood decay.

Cladosporium: One of the most commonly found molds outdoors and frequently found growing indoors. Spores from Cladosporium are generally present in outdoor and indoor air, even in relatively clean, mold-growth-free, indoor environments. Levels vary based upon activity levels, weather conditions, dustiness, outside air exchange rates, and other factors.

Penicillium/Aspergillus types: Penicllium and Aspergillus are among the most common molds found growing both indoors and outdoors (even in relatively clean, mold-growth-free, indoor environments). Levels vary based upon activity levels, dustiness, weather conditions, outside air exchange rates, and other factors.

Stachybotrys and other marker types: Certain types of mold, such as Aureobasidium, Chaetomium, Fusarium, Trichoderma, and Ulocladium, are generally found in very low numbers outdoors. Consequently their presence indoors, even in relatively low numbers, is often an indication that these molds are originating from growth indoors. When present, these mold types are often the clearest indicator of a mold problem.

Others: Molds in the "Others" category are generally found outdoors in moderate numbers, and are therefore not considered markers of indoor growth.

‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data.  The revision number is reflected by the value of "x".
† Background debris is an indication of the amounts of non-biological particulate matter present on the slide (dust in the air) and is graded from 1 to 4 with 4 indicating the largest amounts.

The analytical sensitivity is the spores/m^3 divided by the raw count, expressed in spores/m^3. The limit of detection is the analytical sensitivity (in spores/m^3) multiplied by the sample volume (in liters) divided by 1000 liters.

§ Total has been rounded to two significant figures to reflect analytical precision.

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 635 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Laboratory Results

### MoldREPORT: Spore Trap Analysis

| Location: | 23: Exterior Front 2644 1999 | | 24: Exterior Rear 2644 2011 | | 25: Unit 17, Interior 2644 1978 | |
|---|---|---|---|---|---|---|
| Comments (see below) | None | | None | | None | |
| Lab ID-Version‡: | 9531925-1 | | 9531926-1 | | 9532360-1 | |
| Analysis Date: | 10/12/2018 | | 10/12/2018 | | 10/12/2018 | |
| Spore types detected: | raw ct. | per m3 | raw ct. | per m3 | raw ct. | per m3 |
| Aureobasidium | - | - | - | - | - | - |
| Basidiospores | 192 | 5,100 | 251 | 6,700 | 4 | 110 |
| Chaetomium | - | - | - | - | - | - |
| Cladosporium | 1 | 27 | 22 | 590 | 283 | 7,500 |
| Fusarium | - | - | - | - | - | - |
| Penicillium/Aspergillus types | 51 | 1,400 | 4 | 110 | 77 | 2,100 |
| Stachybotrys | - | - | - | - | - | - |
| Trichoderma | - | - | - | - | - | - |
| Ulocladium | - | - | - | - | - | - |
| Others | 20 | 530 | 24 | 640 | 11 | 290 |
| § Total: | | 7,000 | | 8,000 | | 10,000 |
| Additional Information: | | | | | | |
| Hyphal fragments | 80 | | - | | 80 | |
| Skin cells | 7 - 33 | | 7 - 33 | | 40 - 2,000 | |
| Pollen | 27 | | 27 | | < 7 | |
| Background debris (1-4)† | 3 | | 1 | | 3 | |
| Limit of detection | 7 | | 7 | | 7 | |
| Sample volume (liters) | 150 | | 150 | | 150 | |

**Comments:**

Basidiospores (basidiomycetes): Basidiospores are extremely common outdoors and originate from fungi in gardens, forests, and woodlands. It is rare for the source of basidiospores to be indoors. However, basidiospores may be an indicator of wood decay.

Cladosporium: One of the most commonly found molds outdoors and frequently found growing indoors. Spores from Cladosporium are generally present in outdoor and indoor air, even in relatively clean, mold-growth-free, indoor environments. Levels vary based upon activity levels, weather conditions, dustiness, outside air exchange rates, and other factors.

Penicillium/Aspergillus types: Penicllium and Aspergillus are among the most common molds found growing both indoors and outdoors (even in relatively clean, mold-growth-free, indoor environments). Levels vary based upon activity levels, dustiness, weather conditions, outside air exchange rates, and other factors.

Stachybotrys and other marker types: Certain types of mold, such as Aureobasidium, Chaetomium, Fusarium, Trichoderma, and Ulocladium, are generally found in very low numbers outdoors. Consequently their presence indoors, even in relatively low numbers, is often an indication that these molds are originating from growth indoors. When present, these mold types are often the clearest indicator of a mold problem.

Others: Molds in the "Others" category are generally found outdoors in moderate numbers, and are therefore not considered markers of indoor growth.

‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".
† Background debris is an indication of the amounts of non-biological particulate matter present on the slide (dust in the air) and is graded from 1 to 4 with 4 indicating the largest amounts.

The analytical sensitivity is the spores/m^3 divided by the raw count, expressed in spores/m^3. The limit of detection is the analytical sensitivity (in spores/m^3) multiplied by the sample volume (in liters) divided by 1000 liters.

§ Total has been rounded to two significant figures to reflect analytical precision.

**All American Home Inspections**
**Dan Paradela**
**77119 Crocket Rd**
**Folsom, LA  70437-3721 USA**
**(985) 249-4556**



**EMLab P & K**

www.MoldREPORT.com

info@MoldREPORT.com

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 63.5 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

---

# Table of Contents

Thank you for choosing MoldREPORT™ from EMLab P&K. Our mission is to provide industry leadership for the assessment of mold in the home indoor environment.

Your MoldREPORT™ is designed and intended for use by professional inspectors in office and residential home inspections to help in the assessment of mold growth in the living areas sampled by professional inspectors. Our laboratory analysis is based on the samples submitted to EMLab P&K. Please read the entire report to fully understand the complete MoldREPORT™ process. The following is a summary of the report sections:

**1. Detailed Results of Sample Analysis -** Laboratory results from the samples collected at the site.

**2. Understanding Your Sample Analysis Results -** Detailed summary of how to understand the analytical results from the air samples and/or surface samples including interpretive guidelines.

**3. Important Information, Terms and Conditions -** General information to help you understand and interpret your MoldREPORT™, including important terms, conditions and applicable legal provision relating to this report.

**4. Scope and Limitations -** Important information regarding the scope of the MoldREPORT™ system, and limitations
of mold inspection, air sampling, and surface sampling.

**5. Glossary -** Definitions and descriptions of frequently used terms and commonly found mold.

**6. References and Resources -** Literature, websites, and other materials that can provide more in-depth information about mold and indoor air quality.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 63.5 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Summary of Sample Analysis Results

**Do not take any action based on the results of this report until you have read the entire report.**

**Air Sample Summary:**

The MoldSCORE™ was in the MODERATE range for the following area(s): 2, 3. A moderate MoldSCORE™ means that the results are inconclusive, and suggests that a more detailed inspection by a trained professional may make sense if there are any other reasons to believe that mold growth could be a problem in this room.

The MoldSCORE™ was in the LOW range for the following area(s): 1. A low MoldSCORE™ indicates the air sample did not detect, relative to the outside air, the presence of indoor mold growth in this room at the time of sampling.

Please see the sections titled "Detailed Results of the Air Sample Analysis" and "Understanding Your Air Sample Analysis Results" for important additional information.

| Location | MoldSCORE™ | | Exposure Level | Location spores/m3 | Outside spores/m3 |
|---|---|---|---|---|---|
| 1: Unit 6, Interior 2644 2003 <br> * see p. 4 for details | Lower <110   200   Higher 300 | Mold Score 117 | Lower <200   1K   10K   Higher >70K | 481 | 7,552 |
| 2: Unit 19, Interior 2689 4596 <br> * see p. 5 for details | Lower <110   200   Higher 300 | Mold Score 215 | Lower <200   1K   10K   Higher >70K | 1,127 | 7,552 |
| 3: Unit 20 Interior 2644 1968 <br> * see p. 6 for details | Lower <110   200   Higher 300 | Mold Score 232 | Lower <200   1K   10K   Higher >70K | 1,417 | 7,552 |

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 63.5 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Detailed Results of the Air Sample Analysis

| Location | Overall Mold Source Assessment* (Likelihood spores originated inside) | | Overall Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| 1: Unit 6, Interior 2644 2003 | Lower <110 ... Higher 300 | Mold Score | Lower <200 ... Higher >70K | Location spores/m3 | Outside spores/m3 |
| | | 117 | | 481 | 7,552 |

**Indicators of Mold Growth Indoors**

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) | | Indicator Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| | Lower <110 ... Higher 300 | Mold Score | Lower <200 ... Higher >70K | Location spores/m3 | Outside spores/m3 |
| A) Penicillium/Aspergillus types** | | 100 | | 27 | 755 |
| B) Cladosporium species spores | | 117 | | 290 | 309 |
| C) Basidiospores | | 100 | | 110 | 5,900 |
| D) "Marker" spore types*** | | 100 | | < 7 | < 7 |

"Markers" with MoldSCORE™ > 100 (maximum of three listed): None

| | | | | | |
|---|---|---|---|---|---|
| E) "Other" spore types***,**** | | 110 | | 27 | 148 |

"Others" with MoldSCORE™ > 100 (maximum of five listed): 1)Curvularia

### Other Sample Information

**Sample clarity & visibility**

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | | X | |
| Outside | | X | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples. "Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

**Other "normal trapping" spores**

| Exposure Level (Highly unlikely to be from indoors) | | | |
|---|---|---|---|
| Lower <200 ... Higher >70K | Location spores/m3 | Outside spores/m3 |
| | | 27 | 440 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 150 | 150 |

**Comments**

| Location | None |
|---|---|
| Outside | Data transferred from EMLab ID: 2020584 at client's request. Data transferred from EMLab ID: 2020584 at client's request. |

* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

** The spores of *Penicillium* and *Aspergillus* (and others such as *Acremonium* and *Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The *Penicillium/Aspergillus* indicator operates on the assumption that the majority of the spores in this category are, in fact, *Penicillium* or *Aspergillus*.

*** The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample.

**** The spores of smuts, *Periconia*, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. *Periconia* is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

The outside sample as reported on this page is actually based upon 2 samples and calculated by averaging the raw counts, averaging the volume, and then calculating the spores/m3 based upon these results.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 63.5 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Detailed Results of the Air Sample Analysis

| Location | Overall Mold Source Assessment* (Likelihood spores originated inside) | | Overall Exposure Level (Shown on a log scale) | | | |
|---|---|---|---|---|---|---|
| | Lower <110    Higher 200    300 | Mold Score | Lower <200   1K   10K Higher >70K | | Location spores/m3 | Outside spores/m3 |
| 2: Unit 19, Interior 2689 4596 | | 215 | | | 1,127 | 7,552 |

**Indicators of Mold Growth Indoors**

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) | | Indicator Exposure Level (Shown on a log scale) | | | |
|---|---|---|---|---|---|---|
| | Lower <110    Higher 200    300 | Mold Score | Lower <200   1K   10K Higher >70K | | Location spores/m3 | Outside spores/m3 |
| A) Penicillium/Aspergillus types** | | 215 | | | 910 | 755 |
| B) Cladosporium species spores | | 104 | | | 110 | 309 |
| C) Basidiospores | | 100 | | | 27 | 5,900 |
| D) "Marker" spore types*** | | 100 | | | < 7 | < 7 |

"Markers" with MoldSCORE™ > 100 (maximum of three listed): None

| | | | | | | |
|---|---|---|---|---|---|---|
| E) "Other" spore types***,**** | | 103 | | | 27 | 148 |

"Others" with MoldSCORE™ > 100 (maximum of five listed): 1)Smuts, Periconia, Myxomycetes

**Other Sample Information**

Sample clarity & visibility

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | | X | |
| Outside | | X | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples. "Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

Other "normal trapping" spores

| Exposure Level (Highly unlikely to be from indoors) | | | |
|---|---|---|---|
| Lower <200   1K   10K Higher >70K | | Location spores/m3 | Outside spores/m3 |
| | | 53 | 440 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 150 | 150 |

Comments

| Location | 48 of the raw count *Penicillium/Aspergillus* type spores were present as a single clump. |
|---|---|
| Outside | Data transferred from EMLab ID: 2020584 at client's request. Data transferred from EMLab ID: 2020584 at client's request. |

* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

** The spores of *Penicillium* and *Aspergillus* (and others such as *Acremonium* and *Paecilomyces*) are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The *Penicillium/Aspergillus* indicator operates on the assumption that the majority of the spores in this category are, in fact, *Penicillium* or *Aspergillus*.

*** The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample.

**** The spores of smuts, *Periconia*, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. *Periconia* is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

The outside sample as reported on this page is actually based upon 2 samples and calculated by averaging the raw counts, averaging the volume, and then calculating the spores/m3 based upon these results.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 63.5 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Detailed Results of the Air Sample Analysis

| Location | Overall Mold Source Assessment* (Likelihood spores originated inside) | | Overall Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| 3: Unit 20 Interior 2644 1968 | Lower <110   200   Higher 300 | Mold Score 232 | Lower <200  1K  10K  Higher >70K | Location spores/m3 1,417 | Outside spores/m3 7,552 |

**Indicators of Mold Growth Indoors**

| | Indicator Mold Source Assessment* (Likelihood spores originated inside) | | Indicator Exposure Level (Shown on a log scale) | | |
|---|---|---|---|---|---|
| | Lower <110   200   Higher 300 | Mold Score | Lower <200  1K  10K  Higher >70K | Location spores/m3 | Outside spores/m3 |
| A) Penicillium/Aspergillus types** | | 232 | | 1,100 | 755 |
| B) Cladosporium species spores | | 100 | | < 7 | 309 |
| C) Basidiospores | | 100 | | 210 | 5,900 |
| D) "Marker" spore types*** | | 100 | | < 7 | < 7 |

"Markers" with MoldSCORE™ > 100 (maximum of three listed): None

| | | | | | |
|---|---|---|---|---|---|
| E) "Other" spore types***,**** | | 103 | | 27 | 148 |

"Others" with MoldSCORE™ > 100 (maximum of five listed): 1)Smuts, Periconia, Myxomycetes

**Other Sample Information**

**Sample clarity & visibility**

| | Good | Moderate | Poor |
|---|---|---|---|
| Location | | X | |
| Outside | | X | |

"Good" = background debris is light enough to pose no difficulty in analyzing air samples. "Poor" = background debris so heavy that it poses a significant difficulty in analyzing the air sample accurately. Results are most likely lower limits.

**Comments**

| Location | None |
|---|---|
| Outside | Data transferred from EMLab ID: 2020584 at client's request. Data transferred from EMLab ID: 2020584 at client's request. |

Other "normal trapping" spores

| Exposure Level (Highly unlikely to be from indoors) | | |
|---|---|---|
| Lower <200  1K  10K  Higher >70K | Location spores/m3 | Outside spores/m3 |
| | 80 | 440 |

| | Location | Outside |
|---|---|---|
| Sample volume (liters) | 150 | 150 |

* Rated on a scale from low to high. A MoldSCORE™ rating of <150 is low and indicates a low probability of spores originating inside. A MoldSCORE™ rating of >250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A MoldSCORE™ between 150 and 250 indicates a moderate likelihood of indoor fungal growth. EMLab P&K's MoldSCORE™ analysis is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the MoldSCORE™ analysis on other samples (like wall cavity samples) will lead to misleading results.

** The spores of Penicillium and Aspergillus (and others such as Acremonium and Paecilomyces) are small and round with very few distinguishing characteristics. They cannot be differentiated by spore trap sampling methods. Also some species with very small spores are easily missed, and may be undercounted. The Penicillium/Aspergillus indicator operates on the assumption that the majority of the spores in this category are, in fact, Penicillium or Aspergillus.

*** The spores reported in this category come from many different mold types. As a result, the mold types represented by the counts for the "Location" sample may be different than the mold types represented by the counts for the outside sample.

**** The spores of smuts, Periconia, and myxomycetes look similar and cannot generally be distinguished by spore trap analysis. Smuts are plant pathogens and are not likely to be on indoor surfaces. Periconia is rarely found growing indoors. However, myxomycetes, the spores of which look similar, can occasionally grow indoors. Because there is a small probability of indoor sources, these spore types are indicated in the "other" spore types category. False positives may result if the spores are smuts, not myxomycetes.

The outside sample as reported on this page is actually based upon 2 samples and calculated by averaging the raw counts, averaging the volume, and then calculating the spores/m3 based upon these results.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

Aerotech Laboratories, Inc

EMLab ID: 2020589, Page 6 of 17

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 63.5 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Understanding Your Air Sample Analysis Results

### Description of the Air MoldREPORT™ Analysis

Mold spores are present in virtually all environments, both indoors and outdoors, with a few notable exceptions such as industrial clean rooms and hospital organ transplant rooms. Generally, in "normal" or "clean" indoor environments, indoor spore levels are lower, on average, than outdoor levels. However, even the most simple rules (such as "inside/outside" ratios) are not always appropriate for determining whether there is a source of mold growth indoors, and may provide false or misleading results. One reason these simple methods do not always work is because both outdoor and indoor spores levels vary widely due to factors such as weather conditions and activity levels within the room. For example, even in a "normal" home, spore levels can be higher than outdoors at certain times, such as after vacuuming (when airborne indoor levels could be unusually high) or after a heavy snow (when outdoor levels could be unusually low).

MoldREPORT™ is designed and intended to provide an easily understood report for residential home inspections to help in the assessment of mold growth in the living areas sampled. MoldREPORT™ relies on non-invasive and non-destructive tests, so it cannot guarantee that hidden mold problems will be detected and reported. MoldREPORT™ results apply only to the rooms or areas tested, at the time of sampling. Factors taken into consideration include, but are not limited to, the distribution of spore types, absolute levels inside and outside, relative levels inside and outside, the range and variation of spore levels that normally occur outside, and the types of spores present.

Providing you with a helpful, understandable and top quality interpretation requires special expertise. EMLab P&K recognizes this and has taken the following steps to provide the best possible interpretation of your air sampling results.

1. Your samples were analyzed by EMLab P&K,

2. We utilize the proprietary MoldREPORT™ analysis system, which was developed by a team including leading professionals in the indoor air quality (IAQ) industry.

### MoldSCORE™

The MoldSCORE™ indicates the likelihood, based upon the air sample laboratory data, that there is unusual or excessive mold growth in the properly sampled indoor area(s). It is calculated using EMLab P&K's proprietary MoldREPORT™ system, based upon the indicator scores described in the following paragraphs. When the on-site inspection and sampling are done properly, MoldREPORT™ is less likely to give false results than other, simpler methods of interpretation often employed for routine home inspections, such as ratio analysis. It is important to bear in mind that any analytical method, findings, and interpretation should be used with a degree of caution and common sense. Any decisions related to health should be made in consultation with a medical doctor, and nothing in this report is intended to provide medical advice or indicate whether a medical or safety problem exists.

### Descriptions of the indicators:

### Quantity and concentration of *Penicillium/Aspergillus* spore types

This score indicates the likelihood that spores of *Penicillium* or *Aspergillus* present in the indoor sample originated from indoor sources. A high score suggests that there is a high probability that *Penicillium* or *Aspergillus* is originating indoors, such as from active mold growth. A low score indicates that the spores present are more likely to have originated from outdoor sources and come inside through doors and windows, carried in on people's clothing, or similar methods. *Penicillium* and *Aspergillus* are among the most common molds found growing indoors and are one of the more commonly found molds outside as well. Their spores are frequently present in both outdoor and indoor air, even in relatively clean, mold-growth-free, indoor environments. Additionally, their levels vary significantly based upon activity levels, dustiness, weather conditions, outside air exchange rates, and other factors.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 63.5 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Understanding Your Air Sample Analysis Results (continued)

### Quantity and concentration of *Cladosporium* spores

This score indicates the likelihood that spores of *Cladosporium* present in the indoor sample originated from indoor sources. A high rating indicates that there is probably a source of *Cladosporium* spores in this location. *Cladosporium* is one of the most commonly found molds outdoors and is also frequently found growing indoors. Even more so than *Penicillium* and *Aspergillus,* spores from *Cladosporium* are generally present in outdoor and indoor air, even in relatively clean, mold-growth-free, indoor environments. Its levels also vary based upon activity levels, weather conditions, dustiness, outside air exchange rates, and other factors.

### Quantity and concentration of basidiospores

This score indicates the likelihood that basidiospores present in the indoor sample originated from indoor sources. Basidiospores are extremely common outdoors and originate from fungi in gardens, forests, and woodlands. It is rare for the source of basidiospores to be indoors because basidiospores are produced by a group of fungi that includes mushrooms and other "macrofungi" (and are not technically molds). Their concentrations can be extremely high outdoors during wet conditions such as rain. Nevertheless, in certain conditions basidiospores can be produced indoors, and a high rating indicates that there is probably a source of basidiospores indoors. One reason basidiospores are important is that they can be an indicator of wood decay (e.g. "dry rot"), a condition that can dramatically reduce the structural integrity of a building.

### Quantity and concentration of "marker" spore types

This score indicates the likelihood that certain distinctive types of mold present in the indoor sample originated from indoor sources. Certain types of mold are generally found in very low numbers outdoors. Consequently, their presence indoors, even in relatively low numbers compared to *Penicillium,* for example, is often an indication that these molds are originating from growth indoors. When present, these mold types are often the clearest indicator of a mold problem. Note, however, that the absence of marker spore types does not mean that a mold problem does not exist in a house; it just means that if a problem is present, it either involves types of mold that are more commonly found both indoors and outdoors, or that the spores from these molds were not airborne at the time of sampling.

### Quantity and concentration of "other" spore types

This score indicates the likelihood that other types of mold present in the indoor sample originated from indoor sources. This score includes a heterogeneous group of genera that are not covered by any of the scores discussed above, and so it is difficult to make generalizations about this group. Molds in the "other" category are generally found outdoors in moderate numbers, and are therefore not considered markers of indoor growth. They are frequently found indoors but in lower numbers compared to *Cladosporium* and *Penicillium/Aspergillus* spores.

### Other Sample Information:

### Sample clarity and visibility

Air samples collect dirt and debris in addition to mold spores. Higher levels of debris make analysis more difficult, because they obscure the analyst's view of spores and can therefore lead to undercounting of the mold spores present. When sample clarity and visibility is rated "poor", the analytical results should be regarded as minimal and actual counts may be higher than reported.

### Other "normal trapping" spores

Some molds do not grow on wet building materials and, consequently, are not usually indicative of building problems, or growth on building surfaces. Strict plant pathogens, for example, even if present in high numbers indoors, are not an indication of a building leak or mold growth on a wall or carpet. This section of the report focuses on the exposure level that may be due to these spore types.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 63.5 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Understanding Your Air Sample Analysis Results (continued)

**Sample volume**
The "sample volume" indicates the volume of air sampled and is reported in liters. A high volume indicates a greater sensitivity, but is more likely to result in poor sample clarity and visibility. A low volume is more likely to have good sample clarity and visibility, but has less sensitivity.

**Comments**
This is where analysts can comment on unusual details or add additional information that is not captured by the other areas of the air sampling report.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 63.5 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Interpretive Guidelines to MoldSCORE™ Levels

**MoldSCORE™ Level: LOW**
A low MoldSCORE™ indicates the air sample did not detect, relative to the outside air, the presence of indoor mold growth in this room at the time of sampling. This result, by itself, is evidence for, but does not prove, the absence of indoor mold growth in the location sampled.

Mold is a living organism that can grow very rapidly under certain conditions. If any portion of the room tested is, or has been, damp for an extended period since the time of testing, the likelihood of mold growth may have increased substantially since the time of the inspection.

**MoldSCORE™ Level: MODERATE**
The air sampling MoldSCORE™ indicated the possibility of mold growth indoors. Generally, a MODERATE level means that the results are inconclusive, and suggests that a more detailed inspection may make sense if there are any other reasons to believe that mold growth could be a problem in this location. Indoor mold growth is a possibility, but was not confirmed in the areas sampled at the time of the inspection. Factors such as recent cleaning, HVAC cycles, high winds, rain, or other indoor or outdoor conditions could have contributed to a MODERATE result in the absence of indoor mold growth. If mold growth is found, regardless of the magnitude of the growth, it is recommended that the growth be physically removed using appropriate controls and precautions. If mold has been located and removed, it is also important to identify and correct the source of moisture or dampness that allowed the mold to grow. If the affected area becomes moist again, mold growth will occur again. We recommend that you consult a professional if you are not familiar with how to locate and safely remove mold growth or how to identify and correct moisture problems that may exist.

Mold is a living organism that can grow very rapidly under certain conditions. If any portion of the room tested is, or has been, damp for an extended period since the time of testing, the likelihood of mold growth may have increased substantially since the time of the inspection.

**MoldSCORE™ Level: HIGH**
The air sampling MoldSCORE™ indicated a high likelihood of mold growth in the area tested at the time of the inspection. This result is NOT necessarily an indication that any such mold growth was extensive. If mold growth is found, regardless of the magnitude of the growth, it is recommended that the growth be physically removed using appropriate controls and precautions. If mold has been located and removed, it is also important to identify and correct the source of moisture or dampness that allowed the mold to grow. If the affected area becomes moist again, mold growth will occur again. We recommend that you consult a professional if you are not familiar with how to locate and safely remove mold growth or how to identify and correct moisture problems that may exist.

**Health concerns**
Neither this report nor any MoldSCORE™ rating is intended to provide medical advice, nor shall it be interpreted as an indicator of potential medical or safety problems. If you have concerns or questions relating to your health, please contact your physician for advice.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

Aerotech Laboratories, Inc

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 63.5 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Important Information, Terms and Conditions Relating to your MoldREPORT™

The study and understanding of molds is a progressing science. Because different methods of sampling, collection and analysis exist within the indoor air quality industry, different inspectors or analysts may not always agree on the mold concentrations present in a given environment. Additionally, the airborne levels of mold change frequently and by large amounts due to many factors including activity levels, weather, air exchange rates (indoors), and disturbance of growth sites. It is possible for report interpretations and ranges of accuracy to vary since comprehensive, generally accepted industry standards do not currently exist for indoor air quality inspections of mold in residential indoor environments. MoldREPORT™ is intended to provide an analysis based upon samples taken at the site at the time of the inspection. Mold levels can and do change rapidly, especially if home building materials or contents remain wet for more than 24 hours, or if they are wet frequently. MoldREPORT™ is not intended to provide medical or healthcare advice. All allergy or medical-related questions and concerns, including health concerns relating to possible mold exposure, should be directed to a qualified physician. If this report indicates scores that are higher than in typical indoor living spaces relative to the outdoor environment, or indicates any findings that are of concern to you, further evaluation by a trained mold professional or a Certified Industrial Hygienist (CIH) may be advisable.

**Warranties, legal disclaimers and limitations**
MoldREPORT™ is designed and intended for use only in residential home inspections to help in the assessment of mold growth in the living areas sampled. Our laboratory analysis and report are based on the samples submitted to EMLab P&K. The inspection(s) and sampling should be performed only by a licensed and professional home inspector, environmental mold specialist, industrial hygienist or residential appraiser trained and qualified to conduct mold inspections in residential buildings. Client agrees to these conditions for the on-site project inspection.

This MoldREPORT™ is generated by EMLab P&K at the request of, and for the exclusive use of, the EMLab P&K client named on this report. The analysis of the test samples is performed by EMLab P&K. EMLab P&K's policy is that reports and test results will not be released to any third party without prior written consent from EMLab P&K's client. This report applies only to the samples taken at the time, place and location referenced in the report and received by EMLab P&K, and to the property and weather conditions existing at that time only. Please be aware, however, that property conditions, inspection findings and laboratory results can and do change over time relative to the original sampling due to changing conditions, the normal fluctuation of airborne mold, and many other factors. Client and reader are advised that EMLab P&K does not furnish, and has no responsibility for, the inspector or inspection service that performs the inspection or collects the test samples. It is the responsibility of the end-user of this report to select a properly trained professional to conduct the inspection and collect appropriate samples for analysis and interpretation by MoldREPORT™. None of EMLab P&K, EMLab P&K or their affiliates, subsidiaries, suppliers, employees, agents, contractors and attorneys (each an "EMLab P&K-related party") are able to make and do not make any determinations as to the safety or health condition of a property in this report. The client and client's customer are solely responsible for the use of, and any determinations made from, this report, and no EMLab P&K-related party shall have any liability with respect to decisions or recommendations made or actions taken by either the client or the client's customer based on the report.

Except as expressly provided for hereunder, each EMLab P&K-related party hereby expressly disclaims any and all representations and warranties of any kind or nature, whether express, implied or statutory, related to the testing services or this report. Additionally, neither this report nor any EMLab P&K-related party make any express or implied warranty or guarantee regarding the inspection or sampling done by the inspector, the qualifications, training or sampling methodology used by the inspector performing the sampling and inspection reported herein, or the accuracy of any information provided to any EMLab P&K-related party serving as a basis for this report. EMLab P&K reserves the right to change its scoring method at any time without notice. EMLab P&K reserves the right to dispose of samples two weeks after analysis unless otherwise specified by the client. If the client chooses to have EMLab P&K continue to retain the samples after this two week period, the client must provide written notification to EMLab P&K of this request. EMLab P&K reserves the right to charge for the additional sample storage.

In no event will any EMLab P&K-related party be liable for any special, indirect, incidental, punitive, or consequential damages of any kind regardless of the form of action whether in contract, tort (including negligence), strict product liability or otherwise, arising from or related to the testing services or this report. The aggregate liability of the EMLab P&K-related parties related to or arising from this report, whether under contract law, tort law, warranty or otherwise, shall be limited to direct damages not to exceed the fees actually received by EMLab P&K from the client for the report.

The invalidity or unenforceability, in whole or in part, of any provision, term or condition herein shall not invalidate or otherwise affect the enforceability of the remainder of these provisions, terms and conditions.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 63.5 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Scope and Limitations of Report and Analysis

The scope of the MoldREPORT™ system is limited to EMLab P&K's proprietary MoldSCORE™ analysis of the air and surface samples taken at the time of the inspection. EMLab P&K cannot be liable, in any form of action, for any items that are not included within the scope of the MoldREPORT™ system.

### MoldREPORT™ Inspection Limitations

MoldREPORT™ results are based upon mold air and surface samples. Mold surface samples are useful for confirming and identifying mold growth while air samples measure airborne mold levels.

This report provided by EMLab P&K is based upon the assumption that the information provided by the inspector is true and correct, that a sufficient number of mold and air samples were collected at all the appropriate locations following proper inspection and sampling protocols, and that the mold samples collected represent normal conditions at the site sampled. EMLab P&K is not able to, and cannot, guarantee the skill level or experience of the inspector performing the MoldREPORT™ inspection, nor can it guarantee that the samples have been properly collected at the site or are representative of normal conditions since many factors outside of EMLab P&K's (and the inspector's) control can and do substantially affect mold levels. Consequently, EMLab P&K cannot guarantee the accuracy of the interpretation provided herein. It is the responsibility of the inspector to insure that the mold samples were collected properly. MoldREPORT™ relies on non-invasive and non-destructive tests, so it cannot guarantee that hidden mold problems will be detected and reported. MoldREPORT™ results apply only to the rooms sampled, not to the entire building or any other rooms. It is the responsibility of the property owner, potential purchaser or other end-user of this report to select a properly trained and qualified inspector.

### About Air Sample Sampling and Analysis

EMLab P&K requires at least one outdoor air sample and one indoor air sample in order to make indoor/outdoor comparisons and assessments of airborne mold levels, which are an integral part of the EMLab P&K MoldREPORT™ system. The indoor air samples taken can be representative of the airborne mold present in the area sampled. The analysis and interpretation of these air samples is proprietary and is based upon: relative levels of spores present, quantities and concentration of *Penicillium/ Aspergillus* type spores, quantity and concentration of *Cladosporium* spores, quantity and concentration of basidiospores, quantity and concentration of "marker" spore types, quantity and concentration of "other" spore types, and the distribution of mold spore types. Spore identification is performed visually by trained analysts according to industry norms. Using visual identification, most mold spores lack sufficient distinguishing characteristics to allow for species identification, so the MoldREPORT™ analysis is generally performed at the genus level. Currently there are no generally-accepted protocols or regulations regarding air sampling for molds, in large part due to the inability of any single technique to provide a complete analysis of all mold spores and mold growth in an area. Air sampling for MoldREPORT™ can be performed using any standard "spore trap" method, which are also called "non-viable air sampling methods" because spore traps do not require the germination and growth of the spores before identification. Commonly used spore trap equipment for performing air sampling for mold includes Zefon Air-O-Cell™ Cassettes, Burkard™ samplers, and Allergenco™ samplers.

### About Surface Sampling and Analysis

Surface sampling can be useful for differentiating between mold growth and stains, for identifying the type of mold growth present (if present), and, in some cases, identifying signs of mold growth in the vicinity. Although not required, surface sampling can improve the accuracy of the results and interpretation of the inspected environment if sampled correctly. EMLab P&K accepts surface samples in the form of swabs, tapes, or bulks in order to perform a direct examination of a specific location. The MoldREPORT™ analysis system uses the direct examination data in addition to the MoldREPORT™ air sample analysis.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 63.5 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Glossary

Background Debris - Material(s) found on the air sample other than mold spore(s) or mycelia. Examples include skin cells, insect parts, and fibers.

False Positive - A test result that incorrectly indicates mold growth, when in reality there is none. For example, an air sample test result indicating indoor mold growth, when no mold growth is actually present is a "False Positive."

False Negative - A test result that shows no mold growth, when in reality mold growth is present. For example, an air sample test result indicating no indoor mold growth, when mold growth is actually present.

Fungi - A kingdom that includes yeasts, molds, smuts, and mushrooms. Fungi are not animals, plants or bacteria, but their own kingdom.

HVAC - Heating, Ventilation, and Air Conditioning (HVAC) systems are possible reservoirs for mold growth.

IAQ - Indoor Air Quality (IAQ) is the main focus of EMLab P&K and the majority of its customers.

Industrial Hygienist - A professional who monitors exposure to environmental factors that can affect human health. Examples of environmental factors include chemicals, heat, asbestos, noise, radiation, and biological hazards.

Marker Spores - Spore types, such as *Chaetomium* and *Stachybotrys,* that when found indoors, even in moderate numbers are an indication of indoor mold growth.

Note: This glossary is intended to provide general information about commonly occurring molds, and is not intended to be a complete source.

*Alternaria:*
**Distribution:** *Alternaria* is one of the most common molds and is abundant worldwide. This genus contains around 40 to 50 different species, only a few of which are commonly found indoors.
**How it is spread:** *Alternaria* spores are easily dispersed through the air by wind.
**Where it is found outdoors:** *Alternaria* is common outdoors in soil, dead organic debris, foodstuffs, and textiles. It is also a plant pathogen and is frequently found on dead or weakened plants.
**Where it is found indoors:** *Alternaria* can grow on a variety of substrates indoors when moisture is present.

*Acremonium:*
**Distribution:** *Acremonium* is a common mold, including about 80 to 90 different species.
**How it is spread:** *Acremonium* produces wet slimy spores and is normally dispersed through water flow or droplets, or by insects. Old dry *Acremonium* spores can sometimes be dispersed through the air by wind.
**Where it is found outdoors:** *Acremonium* is found in soil, on dead organic material and debris, hay, and foodstuffs.
**Where it is found indoors:** *Acremonium* can be found anywhere indoors, but requires very wet conditions in order to proliferate. The spores probably require active disturbance for release.

*Aspergillus:* (see *Penicillium/Aspergillus*)

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 63.5 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Glossary (continued)

**Basidiospores:**
**Distribution:** Basidiospores are produced by a very large and diverse group of fungi called basidiomycetes, which contains over 1000 different genera. This group includes many well-known macrofungi, such as mushrooms. Basidiospores are often abundant in outdoor air and sometimes in indoor air.
**How they are spread:** Many types of basidiospores are actively released into the air during periods of high humidity or rain. Once the spores are expelled into the air, they are dispersed easily by wind.
**Where they are found outdoors:** Basidiomycetes are very common outdoors and can be found in gardens, forests, grasslands, and anywhere there is a substantial amount of dead organic material. They are also found on or near plants and some are known to be plant pathogens.
**Where they are found indoors:** Basidiospores found indoors typically come from outdoor sources and are carried inside by airflow or on clothing. Certain kinds of basidiomycetes can grow indoors, such as those that cause "dry rot", which can cause structural damage to wood. Occasionally, other basidiomycetes such as mushrooms can be found indoors, but this is not common. Generally, basiodiomycetes require wet conditions for prolonged periods in order to grow indoors.

**Bipolaris / Dreschlera:**
**Distribution:** Bipolaris and Dreschlera are two separate genera of molds that are so visually similar that they are commonly discussed together as a group. Both genera include around 30 - 40 different species.
**How they are spread:** Bipolaris / Dreschlera spores are easily dispersed through the air by wind.
**Where they are found outdoors:** Bipolaris / Dreschlera type spores are most abundant in tropical or subtropical climates. They can grow in soils, on plant debris and grasses, and are known to be plant pathogens.
**Where they are found indoors:** Bipolaris / Dreschlera can grow on a variety of indoor substrates when moisture is present.

**Ceratocystis / Ophiostoma:**
**Distribution:** Ceratocystis / Ophiostoma are two separate genera of molds that are so visually similar that they are commonly discussed together as a group. These genera contain around 50 to 60 different species.
**How they are spread:** Ceratocystis / Ophiostoma produce wet slimy spores and are normally dispersed through water flow, droplets, or by insects. These spores are rarely identified in air samples.
**Where they are found outdoors:** Ceratocystis / Ophiostoma are very common in commercial lumberyards and forests.
**Where they are found indoors** Ceratocystis / Ophiostoma are abundant on wood framing material in the home, although the spores are rarely found in air samples. This mold is sometimes called "lumber mold".

**Chaetomium:**
**Distribution:** Chaetomium is a common mold worldwide. This genus contains around 80 - 90 different species.
**How it is spread:** Chaetomium spores are formed inside fruiting bodies. The spores are released by being forced out through a small opening in the fruiting body. The spores are then dispersed by wind, water drops, or insects.
**Where it is found outdoors:** Chaetomium can be found in soil, on various seeds, cellulose substrates, dung, woody materials and straw.
**Where it is found indoors:** Chaetomium can grow in a variety of areas indoors, but is usually found on cellulose-based or woody materials in the home. It is very common on sheetrock paper that is or has been wet.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 63.5 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Glossary (continued)

*Cladosporium:*
**Distribution:** *Cladosporium* is an abundant mold worldwide and is normally one of the most abundant spore types present in both indoor or outdoor air samples. This genus contains around 20 - 30 different species.
**How it is spread:** *Cladosporium* produces dry spores that are formed in branching chains. Spores are released by twisting of the spore-bearing hyphae as they dry. Thus, the spores are most abundant in dry weather.
**Where it is found outdoors:** *Cladosporium* is found in a wide variety of soils, in plant litter, and on old and decaying plants and leaves. Some species are plant pathogens
**Where it is found indoors:** *Cladosporium* can be found anywhere indoors, including textiles, bathroom tiles, wood, moist windowsills, and any wet areas in a home. Some species of *Cladosporium* grow at temperatures near or below 0(C) / 32(F) and can often be found on refrigerated foodstuffs and even frozen meat.

*Curvularia:*
**Distribution:** *Curvularia* is a cosmopolitan fungus and includes approximately 30 different species.
**How it is spread:** *Curvularia* produces dry spores that are formed in fragile chains and is very easily dispersed through the air by wind.
**Where it is found outdoors:** *Curvularia* is most common in tropical or subtropical regions. It is found in soil and on debris of tropical plants.
**Where it is found indoors:** *Curvularia* can be found growing on a variety of substrates indoors.

*Epicoccum:*
**Distribution:** *Epicoccum* is a cosmopolitan mold that includes only two species.
**How it is spread:** *Epicoccum* produces large dry spores that are easily dispersed through the air by wind.
**Where it is found outdoors:** *Epicoccum* can be found in soils or on plant debris.
**Where it is found indoors:** *Epicoccum* is commonly found on many different substrates indoors including paper, textiles, and insects.

*Memnoniella:*
**Distribution:** *Memnoniella* is a cosmopolitan mold genus that includes approximately five species. It is frequently found in conjunction with *Stachybotrys* species due to its similar ecological preferences.
**How it is spread:** *Memnoniella* produces dry spores that are easily dispersed through the air by wind.
**Where it is found outdoors:** *Memnoniella* can be found outdoors in soil, in plant debris or litter, and as pathogens on some types of living plants.
**Where it is found indoors:** *Memnoniella* can grow on a variety of substrates indoors, but mainly can be found on wet cellulose-based materials, such as wallboard, jute, wicker, straw baskets, paper and other wood by-products.

*Paecilomyces:*
**Distribution:** *Paecilomyces* is ubiquitous in nature and includes between 9 and 30 different species, depending on the taxonomic system used. Its spores are visually similar to *Penicillium / Aspergillus* types of spores.
**How it is spread:** *Paecilomyces* produce dry spores that are easily dispersed through the air by wind.
**Where it is found outdoors:** *Paecilomyces* is found outdoors in soils and decaying plant matter, composting processes, legumes and cottonseeds. Some species parasitize insects.
**Where it is found indoors:** *Paecilomyces* can be found on a number of materials indoors. It has been isolated from jute fibers, papers, PVC, timber, optical lenses, leather, photographic paper, cigar tobacco, harvested grapes, bottled fruit, and fruit juice undergoing pasteurization.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 63.5 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Glossary (continued)

*Penicillium / Aspergillus:*
**Distribution:** *Penicillium / Aspergillus* are two separate genera of molds that are so visually similar that they are commonly discussed together as a group. Together, there are approximately 400 different species of *Penicillium / Aspergillus.*
**How it is spread:** *Penicillium / Aspergillus* produce dry spore types that are easily dispersed through the air by wind. These fungi serve as a food source for mites, and therefore can be dispersed by mites and various insects as well.
**Where it is found outdoors:** *Penicillium / Aspergillus* are found in soils, decaying plant debris, compost piles, fruit rot and some petroleum-based fuels.
**Where it is found indoors:** *Penicillium / Aspergillus* are found throughout the home. They are common in house dust, growing on wallpaper, wallpaper glue, decaying fabrics, wallboard, moist chipboards, and behind paint. They have also been isolated from blue rot in apples, dried foodstuffs, cheeses, fresh herbs, spices, dry cereals, nuts, onions, and oranges.

*Stachybotrys:*
**Distribution:** *Stachybotrys* is ubiquitous in nature. This genus contains about 15 species.
**How it is spread:** *Stachybotrys* produces wet slimy spores and is commonly dispersed through water flow, droplets, or insect transport, less commonly through the air.
**Where it is found outdoors:** *Stachybotrys* is found in soils, decaying plant debris, decomposing cellulose, leaf litter and seeds.
**Where it is found indoors:** *Stachybotrys* is common indoors on wet materials containing cellulose such as wallboard, jute, wicker, straw baskets, and other paper materials.

*Torula:*
**Distribution:** *Torula* is a cosmopolitan microfungus and includes approximately eight different species
**How it is spread:** *Torula* produces dry spores that are easily dispersed through the air by wind.
**Where it is found outdoors:** *Torula* is most common in temperate regions and has been isolated from soils, dead herbaceous stems, sugar beet roots, groundnuts, and oats.
**Where it is found indoors:** *Torula* is common indoors on wet materials containing cellulose, such as wallboard, jute, wicker, straw baskets, and other paper materials.

*Ulocladium:*
**Distribution:** *Ulocladium* is ubiquitous in nature and includes approximately nine different species.
**How it is spread:** *Ulocladium* produces dry spores that are easily dispersed through the air by wind.
**Where it is found outdoors:** *Ulocladium* is common outdoors in soils, dung, paint, grasses, wood, paper, and textiles.
**Where it is found indoors:** *Ulocladium* is common indoors on very wet materials containing cellulose such as wallboard, jute, wicker, straw baskets, and other paper materials. *Ulocladium* requires a significant amount of water to flourish.

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K

Case 2:18-cv-13891-NJB-MBN   Document 1-4   Filed 12/17/18   Page 70 of 89

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 63.5 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

---

# References and Resources

**References:**

*Airborne Allergens,* William Solomon, Guest Editor. Immunology & Allergy Clinics of North America, Volume 9, Number 2, August 1989. W.B. Saunders Company, Publishers, The Curtis Center, Independence Square West, Philadelphia, PA 19106-3399. This book may be out of print.

*Bioaerosols: Assessment and Control,* Janet Macher, Sc.D., M.P.H., Editor. 1999. ACGIH, 1330 Kemper Meadow Drive, Cincinnati, OH 45240-1634.

*Bioaerosols,* Harriet Burge, Ph.D. 1995. Lewis Publishers, 2000 Corporate Blvd., N.W., Boca Raton, FL 33431-9868.

*Biological Contaminants in Indoor Environments,* Morey, Feeley, Otten, Editors. 1990. ASTM, 1916 Race Street, Philadelphia, PA 19103. STP 1071.

*Fungi and Bacteria in Indoor Air Environments: Health Effects, Detection and Remediation,* Proceedings from the International Conference, Saratoga Springs, NY October 6-7, 1994.

*Health Implications of Fungi in Indoor Environments,* Edited by R.A. Samson. 1994. Elsevier Science, P.O. Box 945, Madison Square Station, New York, NY 10159-0945.

*Indoor Air and Human Health,* Gammage & Kaye. 1985. Lewis Publishers.

*Microfungi,* S.G. Gravesen, J.C. Frisvad, & R.A. Samson, published by Munksgaard.

**Useful Websites:**

www.acgih.org
American Conference of Governmental Industrial Hygienists - information on IAQ and useful links.

www.aiha.org
American Industrial Hygiene Association - general IAQ information

www.calepa.ca.gov
California Environmental Protection Agency - California IAQ resources

www.emlab.com
EMLab P&K

www.epa.gov
Environmental Protection Agency - information regarding prevention and remediation of mold

www.health.state.ny.us
New York State Department of Health - New York state recommendations for IAQ, indoor mold inspections, remediation, and prevention

www.moldreport.com
MoldREPORT™ - online store, and other information about MoldREPORT™

www.nih.gov
National Institutes of Health - information regarding environmental health issues, including IAQ

www.niehs.nih.gov
National Institute of Environmental Health Sciences - information on mold

---

This report is generated by EMLab P&K at the request, and for the exclusive use, of the EMLab P&K client named in this report. Important terms, conditions, and limitations apply. The EMLab P&K client and all readers of this report are advised to completely read the information, terms, conditions and limitations of this report.
© 2002 - 2010 EMLab P&K
Aerotech Laboratories, Inc

EMLab ID: 2020589, Page 17 of 17

**All American Home Inspections**
**Dan Paradela**
**77119 Crocket Rd**
**Folsom, LA  70437-3721 USA**
**(985) 249-4556**



**EMLab P & K**

www.MoldREPORT.com

info@MoldREPORT.com

Approved by:

Dates of Analysis:
MoldReport Spore trap: 10-12-2018 and 10-12-2018

*Joshua T. Cox*

Operations Manager
Joshua Cox

Service SOPs: MoldReport Spore trap (EM-MY-S-1038)
AIHA-LAP, LLC accredited service, Lab ID #102297

All samples were received in acceptable condition unless noted in the Report Comments portion in the body of the report. Due to the nature of the analyses performed, field blank correction of results is not applied. The results relate only to the items tested.

The analytical sensitivity is the spores/m^3 divided by the raw count, expressed in spores/m^3. The limit of detection is the analytical sensitivity (in spores/m^3) multiplied by the sample volume (in liters) divided by 1000 liters.

EMLab P&K ("the Company") shall have no liability to the client or the client's customer with respect to decisions or recommendations made, actions taken or courses of conduct implemented by either the client or the client's customer as a result of or based upon the Test Results. In no event shall the Company be liable to the client with respect to the Test Results except for the Company's own willful misconduct or gross negligence nor shall the Company be liable for incidental or consequential damages or lost profits or revenues to the fullest extent such liability may be disclaimed by law, even if the Company has been advised of the possibility of such damages, lost profits or lost revenues. In no event shall the Company's liability with respect to the Test Results exceed the amount paid to the Company by the client therefor.

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 63.5 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Laboratory Results

### MoldREPORT: Spore Trap Analysis

| Location: | 1:<br>Unit 6, Interior 2644 2003 | | 2:<br>Unit 19, Interior 2689 4596 | | 3:<br>Unit 20 Interior 2644 1968 | |
|---|---|---|---|---|---|---|
| Comments (see below) | None | | A | | None | |
| Lab ID-Version‡: | 9532015-1 | | 9532016-1 | | 9532017-1 | |
| Analysis Date: | 10/12/2018 | | 10/12/2018 | | 10/12/2018 | |
| Spore types detected: | raw ct. | per m3 | raw ct. | per m3 | raw ct. | per m3 |
| Aureobasidium | - | - | - | - | - | - |
| Basidiospores | 4 | 110 | 1 | 27 | 8 | 210 |
| Chaetomium | - | - | - | - | - | - |
| Cladosporium | 11 | 290 | 4 | 110 | - | - |
| Fusarium | - | - | - | - | - | - |
| Penicillium/Aspergillus types | 1 | 27 | 70 | 910 | 42 | 1,100 |
| Stachybotrys | - | - | - | - | - | - |
| Trichoderma | - | - | - | - | - | - |
| Ulocladium | - | - | - | - | - | - |
| Others | 2 | 53 | 3 | 80 | 4 | 110 |
| § Total: | | 480 | | 1,100 | | 1,400 |
| Additional Information: | | | | | | |
| Hyphal fragments | - | | 27 | | - | |
| Skin cells | 7 - 33 | | 40 - 2,000 | | 7 - 33 | |
| Pollen | < 7 | | < 7 | | < 7 | |
| Background debris (1-4)† | 2 | | 2 | | 2 | |
| Limit of detection | 7 | | 7 | | 7 | |
| Sample volume (liters) | 150 | | 150 | | 150 | |

**Comments:** A) 48 of the raw count *Penicillium/Aspergillus* type spores were present as a single clump.

Basidiospores (basidiomycetes): Basidiospores are extremely common outdoors and originate from fungi in gardens, forests, and woodlands. It is rare for the source of basidiospores to be indoors. However, basidiospores may be an indicator of wood decay.

Cladosporium: One of the most commonly found molds outdoors and frequently found growing indoors. Spores from Cladosporium are generally present in outdoor and indoor air, even in relatively clean, mold-growth-free, indoor environments. Levels vary based upon activity levels, weather conditions, dustiness, outside air exchange rates, and other factors.

Penicillium/Aspergillus types: Penicllium and Aspergillus are among the most common molds found growing both indoors and outdoors (even in relatively clean, mold-growth-free, indoor environments). Levels vary based upon activity levels, dustiness, weather conditions, outside air exchange rates, and other factors.

Stachybotrys and other marker types: Certain types of mold, such as Aureobasidium, Chaetomium, Fusarium, Trichoderma, and Ulocladium, are generally found in very low numbers outdoors. Consequently their presence indoors, even in relatively low numbers, is often an indication that these molds are originating from growth indoors. When present, these mold types are often the clearest indicator of a mold problem.

Others: Molds in the "Others" category are generally found outdoors in moderate numbers, and are therefore not considered markers of indoor growth.

‡ A "Version" indicated by "-x" after the Lab ID# with a value greater than 1 indicates a sample with amended data.  The revision number is reflected by the value of "x".
† Background debris is an indication of the amounts of non-biological particulate matter present on the slide (dust in the air) and is graded from 1 to 4 with 4 indicating the largest amounts.

The analytical sensitivity is the spores/m^3 divided by the raw count, expressed in spores/m^3. The limit of detection is the analytical sensitivity (in spores/m^3) multiplied by the sample volume (in liters) divided by 1000 liters.

§ Total has been rounded to two significant figures to reflect analytical precision.

**Client: All American Home Inspections**
Contact: Dan Paradela
Project: 63.5 N. Scott
Date of Sampling: 10-10-2018
Date of Receipt: 10-11-2018
Date of Report: 10-12-2018

**MoldREPORT**
EMLab P & K
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695

## Laboratory Results

### MoldREPORT: Spore Trap Analysis

| Location: | 23:<br>Exterior Front 2644 1999 | | 24:<br>Exterior Rear 2644 2011 | |
|---|---|---|---|---|
| Comments (see below) | B | | B | |
| Lab ID-Version‡: | 9532018-0 | | 9532019-0 | |
| Analysis Date: | 10/12/2018 | | 10/12/2018 | |
| Spore types detected: | raw ct. | per m3 | raw ct. | per m3 |
| Aureobasidium | - | - | - | - |
| Basidiospores | 192 | 5,100 | 251 | 6,700 |
| Chaetomium | - | - | - | - |
| Cladosporium | 1 | 27 | 22 | 590 |
| Fusarium | - | - | - | - |
| Penicillium/Aspergillus types | 51 | 1,400 | 4 | 110 |
| Stachybotrys | - | - | - | - |
| Trichoderma | - | - | - | - |
| Ulocladium | - | - | - | - |
| Others | 20 | 530 | 24 | 640 |
| § Total: | | 7,000 | | 8,000 |
| Additional Information: | | | | |
| Hyphal fragments | 80 | | - | |
| Skin cells | 7 - 33 | | 7 - 33 | |
| Pollen | 27 | | 27 | |
| Background debris (1-4)† | 3 | | 1 | |
| Limit of detection | 7 | | 7 | |
| Sample volume (liters) | 150 | | 150 | |

**Comments:** B) Data transferred from EMLab ID: 2020584 at client's request.

Basidiospores (basidiomycetes): Basidiospores are extremely common outdoors and originate from fungi in gardens, forests, and woodlands. It is rare for the source of basidiospores to be indoors. However, basidiospores may be an indicator of wood decay.

Cladosporium: One of the most commonly found molds outdoors and frequently found growing indoors. Spores from Cladosporium are generally present in outdoor and indoor air, even in relatively clean, mold-growth-free, indoor environments. Levels vary based upon activity levels, weather conditions, dustiness, outside air exchange rates, and other factors.

Penicillium/Aspergillus types: Penicllium and Aspergillus are among the most common molds found growing both indoors and outdoors (even in relatively clean, mold-growth-free, indoor environments). Levels vary based upon activity levels, dustiness, weather conditions, outside air exchange rates, and other factors.

Stachybotrys and other marker types: Certain types of mold, such as Aureobasidium, Chaetomium, Fusarium, Trichoderma, and Ulocladium, are generally found in very low numbers outdoors. Consequently their presence indoors, even in relatively low numbers, is often an indication that these molds are originating from growth indoors. When present, these mold types are often the clearest indicator of a mold problem.

Others: Molds in the "Others" category are generally found outdoors in moderate numbers, and are therefore not considered markers of indoor growth.

‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data.  The revision number is reflected by the value of "x".
† Background debris is an indication of the amounts of non-biological particulate matter present on the slide (dust in the air) and is graded from 1 to 4 with 4 indicating the largest amounts.

The analytical sensitivity is the spores/m^3 divided by the raw count, expressed in spores/m^3. The limit of detection is the analytical sensitivity (in spores/m^3) multiplied by the sample volume (in liters) divided by 1000 liters.

§ Total has been rounded to two significant figures to reflect analytical precision.

# Exhibit C

October 19, 2018

**CERTIFIED MAIL AND EMAIL**

635 N. Scott St., LLC
147 Carondelet Street, Suite 1137
New Orleans, LA 70130
Attn: Joshua Bruno
Email: JBruno@brunoinc.com

      Re:    Lease Agreements dated October 25, 2017 (the "Leases") between 635 N Scott St., LLC ("Landlord") and Sonder USA, Inc. ("Tenant") for lease of Units 1 through 26 (each a "Unit" and collectively, the "Units") of property located at 635 N. Scott Street, New Orleans, LA

Dear Mr. Bruno:

    As you know, Tenant previously notified Landlord on numerous occasions of the visible presence of mold in several of the Units. That caused Tenant to retain an environmental expert to analyze the air inside the Units. This past Tuesday October 16, 2018, we received the enclosed report from the environmental expert. Per the report, visible mold was noted in most of the Units. The report indicates high MoldSCOREs for Units 12, 14, 15, 16, 17, 18, 21, 22, and 25. The report indicates moderate MoldSCOREs for Units 2, 4, 10, 11, 13, 19 and 20. The expert believes that some combination of roof leaks, HVAC condensation issues, and/or issues with the refrigerant lines is causing the mold to form. The report also notes the possibility of hidden mold growth in the underlying building materials. The expert concludes that due to the elevated mold in the interior of the Units, a state licensed mold remediation contractor should be hired to assess and perform mold remediation in accordance with EPA guidelines. The remainder of the findings are contained in the enclosed letter and report.

    The Leases require the Landlord to "maintain and keep the [Units] and all components in good working order, suitable for residential use." The moderate and high levels of mold and visible evidence of mold found in the Units makes them unfit for residential use and poses a danger to Tenant, its employees, contractors, guests, and subtenants. Please accept this letter as Tenant's formal notice of the mold problem within the Units and Tenant's demand that Landlord promptly take immediate steps to remediate the mold problem and its underlying causes, including hiring a state licensed mold remediation contractor to remediate the mold and notifying Landlord's insurance carrier of the issue. Please promptly provide Tenant with copies of your contract with

the mold remediation specialist, estimated schedule for completion of the mold remediation and notice to your insurance carrier.

Tenant is in the process of attempting to relocate all current bookings of the Units for the dates between the date of this letter and October 31, 2018. Tenant will not recommence rentals of the Units until Landlord provides Tenant with evidence that Landlord is taking the necessary steps to remediate the mold and will not re-rent the Units until Landlord provides Tenant with proper evidence that the mold has been properly remediated and the underlying causes have been fixed. Tenant reserves all rights and remedies available to it under the provisions of the Lease and applicable law, including, but not limited to, the right to abate rent, terminate the Leases and/or recover damages from Landlord for all losses suffered by Tenant.

Thank you for your prompt attention to this matter.

Sincerely,

Nicole Elia
Property Manager
Sonder USA, Inc.

# Exhibit D

--------- Forwarded message ----------
From: **Josh Bruno** <JBruno@brunoinc.com>
Date: Fri, Oct 19, 2018 at 4:33 PM
Subject: Re: 635 Scott Street - Mold
To: Nicole Elia <nicole.elia@sonder.com>
Cc: Bob Ellis <bob@canlasellis.com>, Peter Bowen <peter.bowen@sonder.com>, Steve Coffman
<scoffman@brunoinc.com>


Nicole,

We have reviewed these alleged findings and vehemently disagree with these baseless self-serving
assessments that are grossly inaccurate.

Unfortunately, these baseless retaliatory claims are on the heels of sonder continuingly failing to pay rent
on time, all monies due along with complete and utter failure of basic unit maintenance such as cleaning
the ac filters and setting the temperatures below 68 while leaving units unattended and vacant along with
failing to notify timely when an issues due occur.

Like kind with your neglectful tenants abusing our gates, landscaping and vandalizing our property no
funds have been paid or corrective action taken by you, your team or anyone from Sonder USA.

We have met with your representatives and fellow staff members on numerous occasions, sent notices,
numerous emails, in person meeting and phone conversations of the same to no avail. **Please be well
aware that our office has audio and video recording of such including but not limited to our
meeting just a few weeks ago when you assured we would receive the back rent and fees owed
which have yet to be paid by Sonder.**

These negligent property damages are not caused by our part but if and where these areas of concern
are related would be due to negligent and self-inflicted property damage by Sonder USA and their ever-
rotating team of employees trying to operate in positions which they do not hold certain training or ability
as per your own description. Failure to enter and maintain the most basic of unit maint. Or operation.

We have over the past year assembled quite a list of fellow various landlords who have been victimized
as well by Sonders technique of threatening payment, missing payments, abating payments improperly.
Strangely a number of them as well have AC filter cleaning and temperature setting problems like kind to
the exact ones we are experiencing.

**While there maybe a way to work this out without a WELL publicized litigation we see this coming
to a thunderhead rather quickly with your again continual fall back threat Sonder is well known for
using as a scare tactic with small family owned landlords which count on these rental payments
to support their families and pay employees.**

As per section 12 of executed leases please send over your insurance policy and contact information for our office to place a claim and notice with your required insurance company of these damages if and any caused by your firm and short term rental occupants.

Please as well send over your legal representation as Bob Ellis represents various companies of mine as well as me personally since 2003.

We hope to come to an amicable solution and settlement but it seems this will not be the case.

We look forward to receiving requested documents by EOB Monday or we will transfer this file to our litigation firm and let the judge, jury and public decide whats right and whats wrong.

Very unfortunate that Sonder is taking this position yet again but we are very confident the local judicial system will protect the local public as needed.

Perhaps the city government did have merit on their view of banning STR's.

# Exhibit E

**Fishman**Haygood

Fishman Haygood LLP
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
fishmanhaygood.com

**J. Tyler Marquette**
d: 504.586.5268
tmarquette@fishmanhaygood.com

November 7, 2018

3405-01

**CERTIFIED MAIL AND EMAIL**          **CERTIFIED MAIL**

Darrow Everett LLP                    635 N. Scott St., LLC
450 Seventh Avenue, #1802             147 Carondelet Street, Suite 1137
New York, New York 10123              New Orleans, LA 70130
Ann: Joan Toro                        Attn: Joshua Bruno
Email: jtoro@darroweverett.com

> **Re:**   **Lease Agreements dated October 25, 2017 (collectively, the "Leases") between 635 N Scott St., LLC ("Landlord") and Sonder USA, Inc. ("Tenant") for lease of Units 1 through 26 (each a "Unit" and collectively, the "Units") of property located at 635 N. Scott Street, New Orleans, LA**

Dear Ms. Toro:

Our firm represents Tenant. This letter is in response to your letter dated October 30, 2018. Please accept this letter as Tenant's formal termination of the Leases.

Tenant is not in default of the Leases

Tenant rejects your assertion in your letter dated October 30, 2018 that Tenant is in default of the Leases. Tenant has paid Landlord the rental amounts due under the Leases for October 2018. Tenant ceased its rental operations in the Units, placed the Landlord in default and vacated possession of the Units in October 2018, all as documented in Tenant's October 19, 2018 letter to Landlord (the "Tenant's October Notice"). As further set forth below, Tenant has the right under Louisiana law to offset any additional amounts due to Landlord under the Leases that accrued prior to the date of this termination notice against the damages owed by Landlord to Tenant. Further, I have enclosed the requested certificate of insurance.

Landlord is in default under the Leases

Landlord is in default of its maintenance and repair obligations under the Leases and under Louisiana law. The Leases require the Landlord to "maintain and keep the [Units] and all components in good working order, suitable for residential use, including without limitation, all electrical, mechanical, plumbing, life/safety, and other building systems of the [Units]." The Landlord's obligations under the Leases are supplemented by

1378517v.1

November 7, 2018
Page 2

FishmanHaygood

Landlord's obligations to "maintain the [Units] in a condition suitable for the purpose of which it was leased" and to make "all repairs that become necessary to maintain the thing in a condition settable for the purpose for which it was leased" under Louisiana Civil Code articles 2682 and 2691, respectively.

Landlord breached its obligations to maintain the roof, HVAC, refrigerant lines and other elements of the Units leading to the growth and spread of mold throughout the Units. The report from Dan Paradela of All American Home Inspections (the "Inspection Report") that was enclosed with Tenant's October Notice was based on an unbiased inspection of the Units. It included both visual and air samples. As further described in Tenant's October Notice, the Inspection Report concluded that some combination of roof leaks, HVAC condensation issues, and/or issues with the refrigerant lines caused the mold to form. I have enclosed pictures of the mold located in the air conditioning units located in several of the Units. These pictures were taken by Tenant's air conditioning vendor, Lohaza Development LLC ("Lohaza"). Lohaza notes that Units 9, 10, 14, 15, 16, 21, 22, 23, 25, and 26 had damaged or missing insulation and were leaking. All of these Units, expect for Unit 9, had moderate or high MoldSCOREs in the Inspection Report, supporting the conclusion that the mold is related to defective air conditioning units and the Landlord's failure to maintain the air conditioning units.

Landlord has continued to neglect its maintenance and repair obligations under the Leases and applicable law despite Tenant's numerous notices to Landlord. Tenant provided Landlord in person and electronic notices of the water leaks, air conditioning issues, abnormal amounts of moisture and mold in July, August and September 2018. Tenant followed up these notices with an unbiased third-party inspection, the Inspection Report, and Tenant's formal notice to Landlord in the Tenant's October Notice. As of the date of this Lease, Landlord has not fixed the underlying causes of the mold and has not taken any affirmative steps to remediate the mold in a manner that complies with applicable law and the Leases. Therefore, Landlord is in default of its maintenance obligations under the Leases and Louisiana law.

Landlord is also in default of its warranty against defects under Louisiana law and the Leases. Louisiana landlords provide Louisiana tenants with an implied warranty that the premises are "suitable for the purpose for which it was leased and that it is free of vices or defects that prevent its use for that purpose" under Louisiana Civil Code article 2696. Similarly, Landlord warranted that the Units are in a "good condition" in Section 24 of the Lease. Tenant's acceptance of the Units did not serve as a waiver of this warranty. *Reed v. Classified Parking System*, App. 2 Cir.1970, 232 So.2d 103, *writ denied* 255 La. 1097, 234 So.2d 194, *writ refused* 255 La. 1098, 234 So.2d 194. A defect is a "dangerous condition reasonably expected to cause injury to a prudent person using ordinary care under the circumstances." *Crosby v. Sahuque Realty Company, Inc.*, App. 4 Cir.2017, 234 So.3d 1190, 2017-0424 (La.App. 4 Cir. 12/28/17), *writ denied* 2018-0183 (La. 3/23/18), 2018 WL 1569460. The leaks in the roof of the premises and mechanical problems with the condensers and refrigerant lines in the air conditioning systems in the Units are both defects that when combined with Louisiana's warm and humid climate are reasonably expected to cause mold and other injuries to a prudent tenant.

**Fishman**Haygood

Tenant further rejects your assertion that "any mold growth in the units is a direct result of Tenant's failure to employ any preventative measures against the growth of mold in the units during and in between rentals, as well as, an abject failure to maintain the units at the conclusion of each rental." This assertion contradicts the findings in the Inspection Report and the pictures taken by Lohaza, both establishing that the mold was caused by Landlord's failure to maintain elements that Landlord is responsible for maintaining under the Leases and Louisiana law. Your assertion is further disproved by the fact that the Inspection Report revealed moderate MoldSCOREs for Units 19 and 20. Tenant never rented either of these units to third-party customers. As such, the mold in these Units could not have been caused by the Tenant's customers or excessive wear and tear attributable to the short-term rentals. Tenant followed its standard on-boarding process, using its regular vendors and rental procedures prior to its discovery of the mold in the Units. Landlords assertions of the Tenant's fault are self-serving and, unlike Tenant's claims, are not supported by third party inspections or reports.

Termination of the Leases

Tenant hereby exercises its right to terminate the Leases under Louisiana law. Louisiana Civil Code article 2715 provides that if the use of the leased premises is "substantially impaired, the lessee may, according to the circumstances of both parties, obtain a diminution of the rent or dissolution of the lease, whichever is more appropriate under the circumstances." Further, Louisiana courts have long recognized a tenant's right to dissolve a lease under Louisiana Civil Code article 2693 when the landlord's repairs are extensive and cause tenant inconvenience, as well as under Louisiana Civil Code article 2696 when a landlord breaches its implied warranty against defects. Tenant's use of the Premises has been "substantially impaired" by the underlying defective construction, Landlord's failure to make the necessary repairs and the resulting mold. The mold in the Units makes them unfit for residential use and poses a danger to Tenant, its employees, contractors, guests, and subtenants. Further, even if Landlord was willing to make the required repairs and to remediate the mold, the mold remediation would involve extensive repairs and cause extreme inconvenience to Tenant, justifying dissolution of the Lease under Louisiana Civil Code articles 2693 and 2715. Finally, as set forth above, the underlying causes of the mold are defects in the Units under Louisiana Civil Code 2696. Therefore, Tenant is entitled to terminate the Leases.

Tenant's right to damages

Tenant is also entitled to damages caused by the breach of Landlord's implied warranty against defects under Louisiana Civil Code 2696. Tenant is entitled to recover damages under regardless of the Landlord's fault. *Green v. Hodges Stock Yard, Inc.*, 508 So. 2d 934 (La. Ct. App. 4th Cir. 1987).

Tenant is also entitled to damages caused by Landlord's fault under Louisiana Civil Code articles 2693, 2696, and 2715. Fault is the breach of a duty owed by one party. *United States Fidelity & Guaranty Co. v. State, Through Department of Highways*, 339 So.2d 780 (La. 1976). "Fault" is a broad concept embracing all conduct falling below

November 7, 2018
Page 4

FishmanHaygood

a proper standard. *Kahoe v. State Farm Mutual Automobile Insurance Co.*, 349 So.2d 1345 (La. App. 1 Cir. 1977), *writ denied*, 350 So.2d 1212 (1977). The Leases do not contain a waiver of Tenant's right to bring a claim for damages under applicable law, including Louisiana Civil Code articles 2693, 2696, and 2715. As established above, Landlord breached its duties by failing to maintain the Units and allowing mold to form in the Units. Landlord continued to breach its maintenance and repair obligations even after Tenant's notices to Landlord, causing mold to continue to spread throughout the Units.

Tenant estimates that it has incurred damages in excess of $370,000. This includes over $300,000 that Tenant spent on fixtures, furniture and equipment currently located in the Units (the "FF&E") that Tenant cannot use at its other rental properties due to their long-term exposure to extreme moisture and mold. It also includes approximately $71,975 in lost revenue from bookings and relocations and approximately $7,000 in professional testing and cleaning. Tenant is prepared to file suit against Landlord to recover these and any other direct, consequential and incidental damages suffered by Tenant.

Tenant's limited settlement offer (for settlement purposes only)

In lieu of filing such a lawsuit, Tenant is willing to sign the enclosed Mutual Releases, Termination of Leases, and Quitclaim of Personal Property for the formal termination of the Leases, release of all claims arising from the Leases and quitclaim of the FF&E located in the Units to Landlord (the "Termination Agreement") provided that Landlord executes and returns its duly authorized executed counterpart to the Termination Agreement to me prior to 5 PM CST on November 13, 2018. The foregoing good faith settlement offer shall automatically expire and be deemed revoked if Landlord does not satisfy the foregoing condition prior to 5 PM CST on November 13, 2018. If Landlord does not accept the foregoing settlement offer in accordance with the paragraph, Tenant is prepared to exercise any and all rights and remedies under the Leases and applicable law based on the legal theories set forth in this letter and any other legal theories to which it may be entitled, including bringing a lawsuit to recover damages from Landlord. Tenant reserves such rights and remedies.

Sincerely,

J. Tyler Marquette

JTM\meb
Enclosures

1378517v1
1378517v.1



**Groupe AFER**
Cabinet en assurance de dommages

## *Insurance certificate*

**To :**
635 N Scott Street., LLC (As additional insured but only with respect to a claim arising out of the operations of the named insured)

**Name & address of the Insured**
Sonder Canada Inc. & Sonder USA Inc.
15 Marie-Anne O, Suite 201
Montreal, QC H2W 1B6

*30 days' notice of cancellation is given to the above entity*    ☒ Yes    ☐ No

**Insurer** — XN Financial (Lloyd's of London) for property & Liability / XN Financial (Lloyd's of London) & SUM Underwriting for excess liability / GUARD Insurance for Workers Compensation

**Operations Covered** — Short term apartment rental, property management & vacation rental services
Global operations covered. (U.S.A included but not limited to)

**Nature of Coverage** — The Limitations below are PER location, not the global limit for ALL locations.
Location covered = 635 North Scott Street, New Orleans, LA, USA, 70119
Unit # 3, 11, 20, 22, 6, 12, 17, 1, 24, 7, 23, 4, 19, 9, 13, 8, 21, 16, 15, 14, 5, 2, 10, 25, 26, 18)

| NATURE OF CONTRACT | INSURANCE COVERAGE | | POLICY Nº | EXPIRY DATE |
|---|---|---|---|---|
| **Premises Liability** USD | Limit per loss / Per Unit: | 2 000 000$ | 44-484-1-0000 | 01/06/2019 |
| **Excess Liability** | Global Limit | 15 000 000$ | BINDER | 14/08/2019 |
| **Worker's Compensation** | Limit of Coverage | 1 000 000$ | SOWC7399636 | 25/04/2019 |
| **Property Insurance** | Accidental supplementary coverage | 25 000$ | 44-484-1-0000 | 01/06/2019 |
| USD | Personal Belongings coverage (per unit) | 75 000$ | 44-484-1-0000 | 01/06/2019 |

*Coverage Details on Premise Liability:*

- Liability to protect the insured & it's guests of ACCIDENTAL damages caused to the registered rental unit by the named insured and any exterior units/building(s).
- Perils covered: If the insured is sued due to damages caused by fire, explosion, water damage or smoke.
-

*Exclusions:*

- Intentional property damage
- Property damage arising out of the use, sale, manufacture, delivery or possession of a controlled substance (all narcotic drugs)

*Robert Farrar*
*Authorized Damage insurance broker*

*Signed on:* 23.10.2018

AFER GROUP LTD, Damage INSURANCE BROKERAGE FIRM
276, ST-JACQUES, OFFICE 806, MONTRÉAL (QUÉBEC) H2Y 1N3

## MUTUAL RELEASES,
## TERMINATION OF LEASES,
## AND QUITCLAIM OF PERSONAL PROPERTY

635 N Scott St., LLC  ("Landlord") and Sonder USA, Inc. ("Tenant") enter into this Mutual Releases, Termination of Leases and Quitclaim of Personal Property (the "Agreement") effective as of November 13, 2018 (the "Termination Date").

## RECITALS

WHEREAS, Landlord and Tenant entered into those certain Leases Agreements dated October 25, 2017 (collectively, the "Leases") for the lease of Units 1 through 26 of property located at 635 N. Scott Street, New Orleans, LA as further described in the Leases (collectively, the "Premises"); and

WHEREAS, Landlord and Tenant now desire to terminate the Leases and releases the parties from liability thereunder; and

WHEREAS, in consideration of the quitclaim, transfer, and assignment to Landlord of all fixtures, furniture, equipment, and other personal property owned by Tenant and located on the Premises as of the Termination Date (the "Personal Property"), Landlord and Tenant agree that Landlord shall have exclusive possession of the Premises and that the Leases and Tenant's rights and obligations thereunder shall terminate effective on the Termination Date, subject to the terms set forth below.

NOW, THEREFORE, based upon the parties' mutual desire to terminate the Leases and for other good and valuable consideration, the parties hereby agree as follows:

1.      Termination.   The Leases shall terminate effective as of the Termination Date subject to the agreements, representations, warranties set forth in this Agreement.  As of 11:59 P.M. on the Termination Date, Tenant shall surrender, release and quitclaim possession of the Premises to Landlord and possession shall be finally, completely, and exclusively vested in Landlord free and clear of all claims, interests or rights of Tenant under the Leases and Landlord hereby accepts surrender of the Premises as-is, where-is in its then current condition, subject to any and all vices and defects whatsoever.

2.      Releases.

a.      Effective as of the Termination Date, Tenant hereby waives, releases and forever discharges Landlord, its successors, assigns, officers, employees, agents, directors, partners, shareholders, subsidiaries, divisions, attorneys, insurers and managers of all obligations, liabilities, claims, demands, or causes of action of whatever nature, accrued or to accrue, whether contingent, now known or unknown, through the Termination Date, arising out of or in any way connected with the Leases, the Premises or the Personal Property.

b.      Effective as of the Termination Date, Landlord hereby waives, releases and forever discharges Tenant, its successors, assigns, officers, employees, agents, directors, partners,

1379774v1

shareholders, subsidiaries, divisions, attorneys, insurers and managers of all obligations, liabilities, claims, demands, or causes of action of whatever nature, accrued or to accrue, whether contingent, now known or unknown, through the Termination Date, arising out of or in any way connected with the Leases, the Premises or the Personal Property.

     3.     <u>Quitclaim of the Personal Property</u>.

     a.     Effective as of the Terminate Date and in consideration for the termination and releases set forth above, Tenant hereby transfers, conveys, quitclaims, assigns to, and vests in the Landlord, its successors and assigns forever, all such Tenant's right, title and interest, if any, in and to the Personal Property without any warranties whatsoever.

     b.     AS A MATERIAL PART OF THE CONSIDERATION FOR THIS AGREEMENT, TENANT AND LANDLORD AGREE THAT LANDLORD IS ACQUIRING THE PERSONAL PROPERTY "AS IS" WITH ALL FAULTS AND DEFECTS, LATENT AND PATENT, AND LANDLORD ACKNOWLEDGES AND AGREES THAT TENANT HAS NOT MADE, DOES NOT MAKE AND SPECIFICALLY DISCLAIMS ANY REPRESENTATIONS, WARRANTIES, PROMISES, COVENANTS, AGREEMENTS, OR GUARANTIES OF ANY KIND OR CHARACTER WHATSOEVER, WHETHER EXPRESS OR IMPLIED, ORAL OR WRITTEN, PAST, PRESENT OR FUTURE, OF, AS TO, CONCERNING OR WITH RESPECT TO (A) THE NATURE, QUALITY OR CONDITION OF THE PERSONAL PROPERTY, INCLUDING, WITHOUT LIMITATION, THE PRESENCE OR ABSENCE OF ANY POLLUTANT, MOLD, HAZARDOUS WASTE, GAS OR SUBSTANCE OR SOLID WASTE ON OR ABOUT THE PERSONAL PROPERTY, (B) THE INCOME TO BE DERIVED FROM THE PERSONAL PROPERTY, (C) THE SUITABILITY OF THE PERSONAL PROPERTY FOR ANY AND ALL ACTIVITIES AND USES WHICH LANDLORD MAY INTEND TO CONDUCT THEREON, (D) THE COMPLIANCE OF OR BY THE PERSONAL PROPERTY OR ITS OPERATION WITH ANY LAWS, RULES, ORDINANCES OR REGULATIONS OF ANY GOVERNMENTAL AUTHORITY OR BODY HAVING JURISDICTION INCLUDING WITHOUT LIMITATION, ALL APPLICABLE ZONING LAWS, (E) THE HABITABILITY, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OF THE PERSONAL PROPERTY, (F) TITLE OR MERCHANTABILITY OR (G) ANY OTHER MATTER RELATED TO OR CONCERNING THE PERSONAL PROPERTY. LANDLORD SHALL NOT SEEK RECOURSE AGAINST TENANT ON ACCOUNT OF ANY LOSS, COST OR EXPENSE SUFFERED OR INCURRED BY LANDLORD WITH REGARD TO ANY OF THE MATTERS DESCRIBED IN CLAUSES (A) THROUGH (G) ABOVE AND HEREBY ASSUMES THE RISK OF ANY ADVERSE MATTERS RELATED TO THE MATTERS DESCRIBED IN CLAUSES (A) THROUGH (G) ABOVE FROM AND AFTER THE TERMINATION DATE. LANDLORD ACKNOWLEDGES THAT LANDLORD, HAVING BEEN GIVEN THE OPPORTUNITY TO INSPECT THE PERSONAL PROPERTY, IS RELYING SOLELY ON ITS OWN INVESTIGATION OF THE PERSONAL PROPERTY AND NOT ON ANY INFORMATION PROVIDED OR TO BE PROVIDED BY OR ON BEHALF OF TENANT OR ANY STATEMENT, REPRESENTATION OR OTHER ASSERTION MADE BY TENANT WITH RESPECT TO THE PERSONAL PROPERTY. LANDLORD FURTHER ACKNOWLEDGES THAT NO INDEPENDENT INVESTIGATION OR VERIFICATION HAS BEEN OR WILL

1379774v1

BE MADE BY TENANT WITH RESPECT TO ANY INFORMATION SUPPLIED BY OR ON BEHALF OF TENANT CONCERNING THE PERSONAL PROPERTY, AND TENANT MAKES NO REPRESENTATION AS TO THE ACCURACY OR COMPLETENESS OF SUCH INFORMATION, IT BEING INTENDED BY THE PARTIES THAT LANDLORD SHALL VERIFY THE ACCURACY AND COMPLETENESS OF SUCH INFORMATION ITSELF.  LANDLORD ACKNOWLEDGES THAT THE DISCLAIMERS, AGREEMENTS AND OTHER STATEMENTS SET FORTH IN THIS SECTION ARE AN INTEGRAL PORTION OF THIS AGREEMENT AND THAT TENANT WOULD NOT AGREE TO TRANSFER THE PERSONAL PROPERTY TO LANDLORD WITHOUT THE DISCLAIMERS, AGREEMENTS AND OTHER STATEMENTS SET FORTH IN THIS SECTION.

4.      The undersigned parties acknowledge that each has read this Agreement, had an opportunity to review the Agreement with their respective counsel and fully understand the Agreement.  The recitals above are incorporated by reference into the terms of this Agreement.

5.      The parties represent to each other that they have not assigned, transferred or otherwise alienated their respective interests in or claims related to the Leases to any other entity. The individuals executing this Agreement on behalf of the parties are authorized to do so by appropriate actions of each party.  No third party approvals or consents are required for each respective party to enter into this Agreement.

6.      This Agreement cancels, supersedes and replaces all prior agreements between the parties, including but not limited to, the Leases.  All rights and obligations of the parties under such agreements are terminated, compromised and liquidated pursuant to the terms of this Agreement.

7.      This Agreement shall be binding upon and inure to the benefit of Landlord and Tenant and their respective successors, assigns and related entities.

8.      The terms and conditions of this Agreement will remain private and confidential and are not to be disclosed or disseminated except to the parties' officers, attorneys, insurers, financial advisors, lenders and/or successors in interest or potential successors in interest or as required by a court of competent jurisdiction.

9.      If either party institutes a suit against the other for violation of or to enforce any covenant, term or condition of this Agreement or in violation of the terms of this Agreement, the prevailing party shall be entitled to reimbursement of all of its costs and expenses, including, without limitation, reasonable attorneys' fees.

10.      This Agreement may be executed in original or electronic counterparts, each of which shall be deemed an original and all of which shall constitute the same instrument.

[Signature Page Follows]

1379774v1

IN WITNESS WHEREOF, the parties have executed this Agreement as of the dates written below, but effective as of the Termination Date.

LANDLORD:

**635 N Scott St., LLC**

By: _____
Print Name: _____
Title: _____

Date: November _____, 2018

TENANT:

**Sonder USA, Inc.**

By: _____
Print Name: _____
Title: _____

Date: November _____, 2018

1379774v1